

# PLEADING

# EXHIBIT 8

# Visitors Insurance USA



## Health insurance for persons visiting USA

Are your parents, in-laws or other relatives temporarily visiting United States? Medical treatment in United States is very expensive. It is generally better to purchase the visitors insurance from US based company as you get health insurance card, direct payment to the providers in most cases, renewable in case of extension of trip and refundable in case of early departure.

As a leading broker in the United States, we offer the best visitors insurance plans available in the market. Visitors Care provides a limited coverage and is a low-cost insurance while Protection America provides the best coverage and costs more money.

You can get instant quotes, view all the details about the products and make instant purchase online. No medical exam, no paper work, no membership fee. Insure with us today and have a peace of mind.

## Visitors Care

**Lowest cost, starting at $23/month**

**Fixed coverage**

**First Health PPO Network**

- Brochure
- Instant Quotes & Purchase
- Provider Directory
- Online Renewal

## Protection America

**Best plan**

**Comprehensive coverage**

**First Health PPO Network**

- Brochure
- Instant Quotes & Purchase
- Provider Directory
- Online Renewal

Copyright © 2006-2007 VisitorsInsuranceUSA.com All Rights Reserved

9

# PLEADING

# EXHIBIT 9

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,932,870**

## United States Patent and Trademark Office

**Registered Mar. 15, 2005**

## SERVICE MARK
### PRINCIPAL REGISTER



ACE OBJECTS, INC (VIRGINIA CORPORATION)
13595 CEDAR RUN LN
HERNDON, VA 201713257

FOR: INSURANCE AGENCIES; AND INSUR-
ANCE SERVICES, NAMELY, PROVIDING INSUR-
ANCE QUOTES AND POLICIES IN THE FIELDS OF
HEALTH, TRAVEL AND LIFE INSURANCE VIA
THE INTERNET, IN CLASS 36 (U.S. CLS. 100, 101
AND 102).

FIRST USE 4-16-2002; IN COMMERCE 4-16-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BUY AMERICAN INSURANCE.-
COM", APART FROM THE MARK AS SHOWN.

SER. NO. 78-303,240, FILED 9-21-2003.

CIMMERIAN COLEMAN, EXAMINING ATTOR-
NEY



# PLEADING

# EXHIBIT 10

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

## United States Patent and Trademark Office

**Reg. No. 2,932,871**
Registered Mar. 15, 2005

### SERVICE MARK
### PRINCIPAL REGISTER



ACE OBJECTS, INC (VIRGINIA CORPORATION)
13595 CEDAR RUN LN
HERNDON, VA 201713257

FOR: INSURANCE AGENCIES; AND INSURANCE SERVICES, NAMELY, PROVIDING INSURANCE QUOTES AND POLICIES IN THE FIELDS OF HEALTH, TRAVEL AND LIFE INSURANCE VIA THE INTERNET, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-16-2002; IN COMMERCE 4-16-2002.

SER. NO. 78-303,243, FILED 9-21-2003.

CIMMERIAN COLEMAN, EXAMINING ATTORNEY

*11*

# PLEADING

# EXHIBIT 11

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIST

**TX 6-054-284**

EFFECTIVE DATE OF REGISTRATION

Month **5** Day **14** Year **04**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
    www.BuyAmericanInsurance.com (website)

PREVIOUS OR ALTERNATIVE TITLES ▼
BuyAmericanInsurance.com (website)

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼
    Ace Objects, Inc., d/b/a BuyAmericanInsurance.com

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ Virginia

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe the nature of material created by this author in which copyright is claimed ▼
Additional text and revised compilation of website information

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◀ Year in all cases.
2004

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.    Month ▶ May    Day ▶ 9    Year ▶ 2004    ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
    Ace Objects, Inc., d/b/a BuyAmericanInsurance.com
    13595 Cedar Run Lane
    Herndon, VA 20171-3257

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
**5-14-04**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**5-14-04**
FUNDS RECEIVED

See instructions before completing this space

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ____   **7**

EXAMINED BY  AWD/JRD                          FOR WTX

CHECKED BY

☑ CORRESPONDENCE                              FOR
☑ Yes                                         COPYRIGHT
                                              OFFICE
                                              USE
                                              ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is Yes  why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes  give Previous Registration Number ▶        Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published version of the website

Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Additional text and revised compilation of information

**a**  **6**

See instructions
before completing
this space

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                        Account Number ▼

**a**  **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

J Michael Slocum (counsel for Ace Objects, Inc , d/b/a BuyAmericanInsurance com)
6225 Brandon Avenue, Springfield, VA 22150

**b**

Area code and daytime telephone number ▶ (703) 451 9001        Fax number ▶ (703) 451 8557

Email ▶

**CERTIFICATION\*** I, the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Ace Objects, Inc , d/b/a BuyAmericanInsurance Com

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

J Michael Slocum                              Date ▶  October 8, 2004

Handwritten Signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
J Michael Slocum, Esquire

Number/Street/Apt ▼
6225 Brandon Avenue, Suite 310

City/State/ZIP ▼
Springfield, VA 22150-2524

**9**

17 U.S.C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2,500

*12*

# PLEADING

# EXHIBIT 12

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Register of Copyrights, United States of America*



**Form TX**

TX 6-122-698

**EFFECTIVE DATE OF REGISTRATION**

4   4   05

---

**1**  TITLE OF THIS WORK ▼

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**  NAME OF AUTHOR ▼
a  LA Moda.com dba Five Star AmericanFurniture.com

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶ United States
      Domiciled in ▶ Virginia

NATURE OF AUTHORSHIP

**NOTE**

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

NATURE OF AUTHORSHIP

c  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

NATURE OF AUTHORSHIP

---

**3**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   19
a  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
b  Month March   Day 28   Year 2005
USA

---

**4**  COPYRIGHT CLAIMANT(S)
LA Moda.com dba Five Star AmericanFurniture.com
1358 Galax  Road
Houston, VA 68015897

APPLICATION RECEIVED
APR 04 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 04 2005
FUNDS RECEIVED

TRANSFER

---

MORE ON BACK ▶

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ TX 6-034-284   Year of Registration ▶ 2004

**6** DERIVATIVE WORK OR COMPILATION
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published version of the website

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional text and revised compilation of information

**7** a. DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                        Account Number ▼

b. CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Narendra Khatri, Vice President of Ace Objects, Inc.
13595 Cedar Run Lane, Herndon, VA 20171-3257

Area code and daytime telephone number ▶ (703) 668-0142        Fax number ▶ (703) 995-4571
Email ▶ nkhatri@dynamicinsurance.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Narendra Khatri                                    Date ▶ March 30, 2005

Handwritten signature (X) ▼
X_____

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Narendra Khatri, Ace Objects, Inc

Number/Street/Apt ▼
13595 Cedar Run Lane,

City/State/ZIP ▼
Herndon, VA 20171-3257

*13*

# PLEADING

# EXHIBIT 13

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG **TX 6-125-525**

**EFFECTIVE DATE OF REGISTRATION**

4 Month 21 Day 05 Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
www.imminhelp.com (website)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

a **NAME OF AUTHOR ▼**
Ace Objects, Inc, d/b/a immihelp.com

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ Virginia

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Additional text and revised compilation of website information

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

c **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 23   Year ▶ 2005
U.S.A. ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Ace Objects, Inc, d/b/a immihelp com
13595 Cedar Run Lane,
Herndon, VA 20171-3257

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
APR 21 2005
ONE DEPOSIT RECEIVED
APR 21 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

\* Amended by CO authority phone conversation
with Narendra Khatri on 5/3/05

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▶ _____ Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Some of the work contained within the website derived based on US Federal Government work

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

All remaining is original text

a

b

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼ _____ Account Number ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Narendra Khatri, Vice President of Ace Objects, Inc
13595 Cedar Run Lane, Herndon, VA 20171-3257

Area code and daytime telephone number ▶ (703) 668-0142    Fax number ▶ (703) 995-4571
Email ▶ nkhatri@buyamericaninsurance.com

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the ☐ author
Check only one ▶ ☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Narendra Khatri    Date ▶ April 20, 2005

Handwritten signature (X) ▼

X _____ Khatri _____

**Certificate will be mailed in window envelope to this address**

Name ▼
Narendra Khatri, Ace Objects, Inc
Number/Street/Apt ▼
13595 Cedar Run Lane,
City/State/ZIP ▼
Herndon, VA 20171-3257

**9**

Rev. July 2003—xxx Web Rev July 2003 ☺ Printed on recycled paper    U.S. Government Printing Office 2000-461-113/20,021