*14*

# PLEADING

# EXHIBIT 14




**Visitor Medical Insurance**

| Visa & Immigration | USA Info | Visitor Insurance | Travel | Lifestyle | Women & Family | Money |

Discussion Forum | Classifieds | Share Experiences | Low cost - Visitor Health Insurance    [Search]

**What's Hot**
- Discussion Forum
- New Comers Guide
- H1B Sponsoring Companies
- H1B Corner
- Visa Tracker
- Your USA Experiences
- Visitors Insurance
- Articles

**Visa & Immigration**
- USA Visitor Visa - B2
- Business Visa - B1
- H1 Visa | H4 Visa
- L1 Visa | L2 Visa
- Visa for Fiance - K1
- Visa for Spouse - K3
- US Student Visa
- US Green Card
- US Citizenship

**Visa & Immigration Tracker**
- H1 Visa Processing Tracker
- Visitor Visa Stamping
- Visitor Visa Extension
- H1 Visa Stamping Tracker
- Green Card Tracker
>> More

- Downloads: Immigration related sample applications and forms
- How can we help you?
- Recommend this website to your Friend

**USA Visitor Visa**
Complete Visitor Visa Process with Sample Forms, Interview Preparation Tips and Case Studies.

Process | Sample Doc | Tips

How To:
Get H4 visa?

**Insurance for USA**
- Visitors Medical Insurance
- Student Medical Insurance
- New Immigrant Health Insurance
- Insurance for H1 and H4 holders

Problem deciding what gifts to buy for friends and family?
Read on for Great Gift ideas for everyone in the family

Movies    >> More
Awarapan
Starring: Emraan Hashmi, Shreya Saran, Mrinalini Sharma
Ratings: ★★★

**Featured Services**
LIAISON — Visitor Medical Insurance Lower Rates, Best Coverage
Send Gifts — Gifts to India, FREE Shipping!
XOOM — Send money online!
shaadi.com — Mil jaaye dil ka connection
Astrology - check your daily Horoscope

**Discussion Forum**  >> More
- h1b and Pregnancy
- B1/B2 Visa Enquiry
- Regarding T-Mobile Sim Card
- Questions about H1B interview

**Latest**  >> More
- Visa Bulletin : Priority Dates are current
- First Class mail will now cost 41C
- US Visa fee Re-revised from May 1st
- Humor: Another Birthday Party, Another War
- Quiz: America: Government and Operations
- Featured Article: Importance of Law & Order

**Classifieds**  [Post Your Ad]
- Looking for Travel Companion, (NJ) Somerset
- Looking for Travel Companion, (NJ) Mumbai
- Looking for Travel Companion, (CA) San Jose
- Looking for Travel Companion, (NJ) Newark

**Experience Explore Express**  >> More
- Thanks
- Sponser
- Mom's Visitors Visa Experience
- Visa interview in Mumbai
- Parents and in-laws got Visitor visas (Chenna...

**Directory**  >> More
- Travel Agents
- Movie Theatres
- Asian Grocery
- Religious Places
- Consulting Companies
- Lawyers
- Airlines Toll Free Nos
- Indian Restaurants

**Deals for You**
- Low cost- Visitor Medical Insurance
- Save $500 on Phone Calls
- Send Money 2 India - Best Exchange Rates

Medical Insurance for Visiting Parents
Get Quote Online!
Click Here

Ads by Google

**Inbound USA Insurance**
Visitor medical insurance Buy direct from Inbound USA
www.inboundusa.com



# Visitor Medical Insurance
## Lower rates, best companies
**Compare, Choose & Click Here**

Home | Visa & Immigration | USA info | Travel | Lifestyle | Women & Family | Money | Entertainment

Discussion Forum | Classifieds | Share Experiences | Low cost - Visitor Health Insurance | **Search**

**about Path2usa**

- About Path2usa
- User testimonials
- Advertisement
- Link to us
- Legal disclaimer
- Privacy statement
- Feedback
- Contact us

- New comers' guide
- H1B corner
- News
- Articles

- Directory

- Experiences
- Discussion forums
- Classifieds

Shopping

Home > About path2usa

## About path2usa

In 2000, path2USA.com made a quite but effective arrival onto the global internet scene as jarabachke.com. The response from the readers and their positive feedback was overwhelming. So, we decided to expand our horizons to meet the needs of everyone who wanted a one-stop site to access information about the United States of America. Thus, jarabachke.com was re-christened as path2usa.com and took a new birth.

path2USA.com strives to answer your every query about any thing that's relevant to the USA. From immigration information to Indian Trivia, phone cards to visitor's insurance, classifieds to matrimonials, we cover the whole gambit. The goal is to provide answers to your questions in a clear and concise manner, without you having to search through oodles of sites on the web. We do that job for you.

Apart from the above mentioned services path2usa.com is constantly adding on new services and features and re-invents itself almost on a daily basis. Our goal is to be the only site you are going to visit for your informational needs. The buck, truly, stops here.

More information about path2USA.com can be obtained by writing to info@path2usa.com.

For all inquiries about our **Visitors Medical Insurance Services**, contact:


**VisitorsCoverage**

**VisitorsCoverage.com**
Maxn Insurance Services
355, W Olive Ave. Suite # 205
Sunnyvale CA 94086
USA

TEL:
Toll Free **866-384-9104** (inside the US & Canada)
+1 (408) 454 6525 (outside the US & Canada)

and FAX: +1 (408) 6257820

© 2006 Path2usa.com    Link to us | Disclaimer | Terms of use | Privacy policy | Feedback | Advertisement | Contact us | About Path2usa    Sitemap



# PLEADING

# EXHIBIT 15

Visitor Medical Insurance, Health Insurance for Visitors and Travelers
Case 4:07-cv-00403 Document 1 Filed 07/10/07 Page 5 of 16 PageID 5
Page 1 of 1









http://www.visitorscoverage.com/ 7/3/2007



PLEADING

EXHIBIT 16

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-07-03 12:21:28 ET

Serial Number: 78875978 Assignment Information

Registration Number: (NOT AVAILABLE)

Mark



(words only): PATH2USA

Standard Character claim: No

Current Status: Application has been published for opposition.

Date of Status: 2007-05-22

Filing Date: 2006-05-03

The Information will be/was published in the Official Gazette on 2007-05-22

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 107

Attorney Assigned:
HOFFMAN DAVID AARON Employee Location

Current Location: 650 -Publication And Issue Section

Date In Location: 2007-04-13

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Maxn Systems Inc

**Address:**
Maxn Systems Inc
1239 Vicente Dr #63
Sunnyvale, CA 94086

United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California
**Phone Number:** 650 3909775

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
Providing consumer information via the Internet in the field of information concerning the United States of America, namely, information on visas, immigration, citizenship, healthcare, US history, US government, US culture, US demographics, general information on travel to and from the US and travel within the US, general information regarding purchasing of products and services in the US, general information on US and state taxes, banking, finances, insurance and money matters, general information regarding US business, employment and jobs; Promoting the goods and services of others by providing hypertext links to the websites of others that offer goods and services to visitors, immigrants, foreign workers and new citizens of the United States
**Basis:** 1(a)
**First Use Date:** 2000-03-03
**First Use in Commerce Date:** 2000-03-03

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**01.01.10** - Stars, three or more; Three or more stars
**01.01.13** - Stars - multiple stars with five points

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-05-22 - Published for opposition

2007-05-02 - Notice of publication

2007-03-21 - Law Office Publication Review Completed

2007-03-19 - Approved for Pub - Principal Register (Initial exam)

2007-03-19 - Examiner's Amendment Entered

2007-03-19 - EXAMINERS AMENDMENT E-MAILED

2007-03-19 - Examiners Amendment -Written

2007-02-09 - TEAS Change Of Correspondence Received

2007-02-10 - Teas/Email Correspondence Entered

2007-02-09 - Communication received from applicant

2007-02-09 - TEAS Response to Office Action Received

2007-02-09 - Final refusal e-mailed

2007-02-09 - Final Refusal Written

2007-01-03 - Teas/Email Correspondence Entered

2007-01-03 - Communication received from applicant

2007-01-03 - Assigned To LIE

2006-11-27 - TEAS Response to Office Action Received

2006-11-27 - NON-FINAL ACTION E-MAILED

2006-11-27 - Non-Final Action Written

2006-10-28 - Teas/Email Correspondence Entered

2006-10-18 - Communication received from applicant

2006-10-18 - TEAS Response to Office Action Received

2006-10-11 - Non-final action e-mailed

2006-10-11 - Non-Final Action Written

2006-10-03 - Assigned To Examiner

2006-05-11 - Notice Of Design Search Code And Pseudo Mark Mailed

2006-05-10 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
Rajeev Shrivastava
MAXN Systems Inc
156 Rodonovan Dr
Santa Clara CA 95051
Phone Number: 408 7372538

---



# PLEADING

# EXHIBIT 17



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jul 3 04:07:18 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

**VisitorsCoverage**

| | |
|---|---|
| **Word Mark** | VISITORSCOVERAGE |
| **Goods and Services** | (ABANDONED) IC 036. US 100 101 102. G & S: Insurance agency in the field of international travel insurance and travel health insurance. FIRST USE: 20060312. FIRST USE IN COMMERCE: 20060312 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures<br>19.01.05 - Attache cases; Briefcases; Cases, attache; Portfolios<br>26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved |
| **Serial Number** | 78926284 |
| **Filing Date** | July 10, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 13, 2007 |
| **Owner** | (APPLICANT) Maxn Systems Inc CORPORATION CALIFORNIA 1239 Vicente Dr #63 Sunnyvale CALIFORNIA 94086 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "Visitors Coverage" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | June 22, 2007 |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

18A

# PLEADING EXHIBIT 18A



# immihelp.com
### From an immigrant, to future immigrants.

## Visitor Visa to USA
### Sample I-134, Affidavit of Support Form

Many people have questions or doubts how exactly to fill I-134, Affidavit of Support form. While not absolutely mandatory, this form is highly recommended for sponsoring visitors visa. This page describes in detail how exactly to fill sample I134. Of course, you will have to fill in your specific details and depending upon your circumstances, you may have to answer the questions differently than shown in this generic sample application.

### Tips for Form I-134

1. Print it on 1 page on 2 sides. Do not print on 2 pages. If you don't have a printer that prints on 2 sides, first print on 2 pages and then make 1-->2 photocopy.
2. This form must be notarized by US notary.
3. Many people ask whether the sponsor would be liable for any medical expenses that the visitor medical insurance may not cover because of pre-existing conditions. There is no clear answer for that. We have never heard USCIS going after sponsor for unpaid medical expenses and collecting expenses from sponsor. Many lawyers think that I-134 is a flawed legal document and would not hold up in court. At the same time, there is no guarantee that USCIS will never go after the sponsor to collect the money, especially the money that US government might have spent on their behalf.
It is also not very clear how the hospital would come to know that you have sponsored the visitor and therefore, hold you liable for expenses. It is not clear how USCIS, Dept. of State and the hospital will work in sync to find all these out. If you have signed any documents in the hospital stating that you will be responsible for the payments on behalf of visitor, hospital will definitely hold you liable to pay. But otherwise, it is not clear what exactly will happen.
4. If both husband and wife are working, both can combine their incomes/savings and put joint amount in one form.
If wife is working, and wants to invite her parents, it is better that she is the sponsor and not her husband (Parents relationship is closer than in-laws). In that case also, you can still put joint income.

Look at this **Sample I-134[1]** to get an idea how a typical form may look like when filled.

Step by step instructions for each field in I-134:

'You' in following explanation means 'Sponsor'.

**Paragraph 1:** Write your name and current address here.

**Questions:**

1. Your date of birth and birth place of sponsor. Note that birth date should be written in MM/DD/YYYY format which is followed in US.
(a) through (d).
If you are US citizen or green card holder, provide the details accordingly.
If you are on any other status in US such as H1 visa holder, Student(F1), L1 visa holder, you can not fill any line (a) through (d). In such a case, find little space below (d) and write your visa status and visa numbers (control number). In the fillable form that we have provided, there is fillable space just below (d).

2. Write your age in completed number of years.
Also, write the date since you have been staying in United States. To avoid confusion in date format, spell out the month while writing the date.

3. Information about the visitor you are sponsoring:
**Family Name:** Surname or last name. First line in name field in Indian passport.
**First Name and Middle Name:** Given names. Second line in name field in Indian passport.
**Gender:** Gender of visitor. You can write 'M' or 'F'.
**Age:** Age of visitor in completed number of years.
**Citizen:** The country whose citizen the visitor is. e.g., India
**Marital Status:** Write appropriately such as 'Married', 'Widowed', 'Single' (never married), 'Divorced', 'Separated'.

**Relationship to Sponsor:** Write appropriately such as 'Father', 'Mother', 'Father-in-law', 'brother' etc.

**Present Address:** Write the address where the visitor is currently staying. It can be different than the one in passport.

**Name of spouse and children accompanying the person:** Write only the names of spouse and minor children who will be accompanying or following to join the visitor to US.

If you are sponsoring your parents, prepare 2 I-134 forms. In one form, write father's name as visitor and say mother will be accompanying. In second form, write mother's name as visitor and say father will be accompanying.

4. There is nothing to fill here. This form was previously used for sponsoring immigrant visa. Now, the form I-864 is used for that purpose for many years but USCIS has not changed the form I-134 for sponsoring non-immigrants. There is no bond to post for sponsoring visitors visa. Posting bond and holding the sponsor responsible for 3 years was meant to prevent immigrants from becoming 'public charge' and going on welfare in United States.

5. Same as question 4.

6. Same as question 4.

7. **Type of Business:** Be specific about the type of business or job you do. e.g., 'Software Engineer', 'IT manager', 'Insurance Agent', 'Receptionist', 'Hotel Owner', 'CPA', 'Secretary' etc.
   **Address:** Write the address where you work or own business.
   **I derive an annual income of:** Write your annual income from salary, business etc. You should provide employment letter and tax returns to prove this.
   **I have on deposit in savings bank in the United States:** Write the amount of money you have in bank. You can write the amount you have in checking, savings, money market, certificate of deposit (CD) etc. You can also add the amount you might have in foreign country, not just in US. You should provide the bank statements to prove this.
   **I have other personal property, the reasonable value which is:** You don't have to write the exact value to the dollars and pennies here. You can write approximate value for cars, jewelry, land, appliances (TV, fridge, music system, cameras) and other equipments. You are not really required to provide the sales receipt or estimation of value of this property.
   **I have stocks and bonds with the following market value, as indicated on the attached list, which I certify to be true and correct to the best of my knowledge and belief:** Self explanatory. Also attach the statement from your stock broker such as Ameritrade, ETrade that would prove this.
   **I have life insurance in the sum of:** You can write the amount of life insurance you have, either in US or in foreign country. You can include all types of life insurances such as term life, universal life, whole life, variable life etc.
   If you don't have life insurance and would like to purchase one, **visit here[2]**.
   **With a cash surrender value of:** If you have only term life insurance, cash surrender value is $0. Else write appropriate value. You may ask your insurance company or insurance agent if you are not sure.
   **I own real estate valued at:** Write the current market price of your house, if you own one. You can find it also from the property tax bill that you have received it last or from neighbors who might have purchased houses in your community recently. If you don't own a house, just write $0.
   **With mortgage(s) or other encumbrance(s) thereon amounting to:** Just write the amount of loan you have to still pay. If you don't have house or if your house loan is paid off, write $0.
   **Which is located at:** Location of your house, if you have one. Else write 'N/A'.

8. Write the names of dependents that you include in your income tax returns. These will usually be your spouse and minor children. If your spouse is not working, you can check 'Wholly Dependent'. If your spouse is working, you can check 'Partially Dependent'.
   Even if you are sending money to your parents in India every month, and they depend upon the money you send them, do not put them as dependents here.

9. If you have submitted affidavit of support (I-134 or I-864) for anyone before, write the names and dates here.
   If you are submitting multiple affidavits of support in a short duration, you have to write the names of the people for whom you submitted affidavits first in subsequent affidavits you provide, even if first set of people have not visited the consulate yet.
   e.g., Parents' interview is on Sept 4, 2004 and in-laws' interview is on Sep 20, 2004. And you are sending affidavit in August 2004 for all 4 of them. In your in-laws' support form, write the names of parents affidavit, because by the time your in-laws go to consulate, your parents would have already used their affidavit.
   If you submitted the affidavit for someone and even if their visa was rejected or they got visa but they never traveled, you have to provide their details here.
   If you prepared the affidavit but it was never used, you don't have to mention about it.
   If you have not sponsored anyone before, write 'N/A' here.

10. If you have submitted immigrant applications to USCIS before for anyone, write their details here.
    If you are/were H1 worker and if your H4 spouse got included in your green card processing, and if you

submitted I-134 (affidavit of support) for her during her Adjustment of Status or Consular Processing, you do NOT have to mention it here. This question is only for family based immigrant sponsorships that you initiated. And in this case, your spouse would be getting green card on your employment basis, as your dependent.
If you have not filed any immigrant petitions for anyone, write 'N/A'.
If you have already filed immigrant petitions for someone whom you are trying to sponsor visitor visa now, it would be very difficult to get visitor visa for them.

11. For tourists,
You should check the box 'I intend'.
You can write something like 'All expenses including but not limited to their visa expenses, airline return tickets costs to come to USA & US domestic travel, lodging, boarding, food, incidental expenses and visitor medical insurance.'

For other categories such as Fiance Visa (K1 visa), write "N/A" (not applicable).

**Oath or Affirmation of Sponsor:** If you are in US, take this form to notary public and sign in front of him/her. Take your photo id such as driver's license or passport with you.
If you are outside US, take the form to US consulate, who will provide a notary.

**This page URL:**
http://www.immihelp.com/visas/visitor/i134.html

**Links:**
[1] http://www.immihelp.com/visas/visitor/sample_i134.pdf
[2] http://www.buyamericaninsurance.com/life/index.jsp

Copyright © 1999-2007immihelp ®.com All rights reserved.