18B

# PLEADING EXHIBIT 18B



# Affidavit of Support Form I134 - Form Filling Guidelines

I-134 is known as affidavit of support form. This form must be submitted along with the application of visitor Visa if the trip is sponsored.

**General instructions:**

- The form should be printed back to back on one single page.
- Only one form required for one family (example: inviting parents). No need of separate form if inviting parents or in-laws.
- The form must be Notarized by a licensed Notary person.

Following are the general guidlines to fill this form. Depends on individual's status and circumstances, the information to be filled may vary. This is provided to you as a convenience and basic guidelines. Please must provide the information most appropriate in your case.

| Start of the form | Your Name and current US residence address. |
|---|---|
| Question 1 | Your Date of birth in Month/day/year format<br><br>• If you are a non immigrant visa holder( H, L, or any other Visa) options a, b, c, d are not applicable hence no need to fill any thing here<br>• If you are US Green Card holder : Fill the A number in option (d)<br>• If you are US Citizen based on (a), (b), (c) fill any of these appropriately. |
| Question 2. | Your age in completed years example : 32 , and date since when you are residing in USA ( the date format would be MM/DD/YYYY) |
| Question 3. | Information about the applicant person/family you are sponsoring.<br><br>Provide full name as per the passport in the applicant if visitor.<br><br>• Family name : Last Name or Surname<br>• Gender: Gender of visitor. You can write 'M' or 'F'.<br>• Age: Age of visitor in completed number of years.<br>• Citizen: The country whose citizen the visitor is. e.g., India<br>• Marital Status: Write appropriately such as 'Married', 'Widowed', 'Single' , 'Divorced', 'Separated'.<br>• Relationship to Sponsor: Write appropriately such as 'Father', 'Mother', 'Mother-in-law', 'Sister' etc.<br>• Present Address: Write the current residence address of the applicant.<br>• Name of spouse and children applying together and accompanying the applicant.<br>Note : Just one form I-134 forms is required for one family ( example , Parents ( Father and Mother) or (Father in Law and Mother in law). |


| Question 7. | • Type of business: Your Occupation title Example : <u>Software Engg</u> , with <u>Company Name</u>. ( If self employer provide the nature of business and name of business firm. <br> • Address of the Company. <br> • Your Net yearly income( salary) <br> • Your Bank Balance $ amount ( It can be checking account + Saving account, or any of these). <br> • Personal Property $ amount ( Approximate value of your Car/House/other valuables no need to be very accurate) Example if you have a Car of fair maket value of 10,000$ you can put 10,000$. <br> • Rest of the question in this section are pretty obvious so fill them appropriately. <br><br> Note : <br><br> 1. For bank there is no specific number to qualify min of 5,000$ is considered to be OK. <br> 2. Any other item what you fill here like stock value etc , you should provide a copy or a statement as a proof. |
|---|---|
| Question 8. | Names of dependents of your immidiate family ( Spouse and Child). If your spouse is not working, you should check 'Wholly Dependent'. If your spouse is working, you should check 'Partially Dependent'. |
| Questions 9 | If you have submitted affidavit of support(I-134) for anyone before, write the names and dates here. <br> If submitted more then 2 just provide the latest last 2. <br><br> Provide the approximate date if you don't remember the excat date. |
| Questions10 | This question is only for US Citizen who filed family based immigrant sponsorships( Green Card) form I130. <br><br> For a non-immigrant visa holder ( like H1, L1 etc) or GC holder this question is logically not applicable so write None or N/A. |
| Questions11 | You should check the box 'I intend'. <br> You should also write 'I will take care of all the expenses including travel, lodging, boarding, food, medicare and all other expenses during their stay with me in USA. |
|  | **Oath or Affirmation of Sponsor:** do not fill any thing in this para. Take this form to a public notary and sign in front of him/her. Take your photo id such as driver's license or passport with you. |

**Tips :**

- Take a photocopy for your record.
- Must provide accurate and correct information.
- Must fill it up cleanly.
- Notary services are available at many places search in local yellow pages or check here.
- Make sure that the its not too old when you send it to the applicant, usuaully more then 2 months old's are not considered by authorities.
- If you have questions or confusion, ask in our discussion forum.

**Find this article at::**
http://www.path2usa.com/immigration/resources/sample/I134_guidelines.htm

18c

# PLEADING EXHIBIT 18C



**From an immigrant, to future immigrants.**

## American Language

English, being a common language between Indians and Americans, has benefited the communication process and mutual understanding between the two nations. Nevertheless, there are certain American terms and slangs which one needs to know to avoid misunderstandings.

For successful conversation in the US, it is advisable that you speak slowly and pronounce properly. Well, the first part you really need to practice otherwise what you will hear from the person opposite is "pardon me", "come again", "I am sorry", "I didn't get you". e.g. The changes in pronunciation are like 'schedule' pronounced as 'skedule', 'route' pronounced 'raut' etc. Also some words are totally substituted like 'petrol' by 'gas'. Here is a simple dictionary for translating between American English and Indian English. This dictionary should be useful for the new-comer to either the U.S. or India. The words are in no particular order.

| Food | |
|---|---|
| Indian English | American English |
| Coriander | Cilantro |
| Cold drink | Soda |
| Soda | Club Soda |
| Curd | Yogurt |
| Cafe ("kayf") | Cafe ("kaf-ay'") |
| Nes-coffee | Instant coffee |
| Filter coffee | Brewed coffee |
| Milk powder | Cream |
| French beans | Snow peas |
| Hotel | Restaurant |
| Jelly | Gelatin |
| Garam masalla | Curry |
| Lady fingers | Okra |
| Small pastries | Lady fingers |
| Toffee | Hard candy |
| Brinjal | Eggplant |
| Biscuit | Cookies/Wafers |
| Bun | Biscuit |
| (Potato) wafers | (Potato) chips |
| Finger chips | French fries |
| Groundnuts | Peanuts |
| Brown bread | Wholewheat bread |

| Education | |
|---|---|
| Indian English | American English |
| Public school | Private school (tuition charged) |
| Private school | Public school (free) |
| School | High school |
| College | School |
| University | School |
| High school | School/Junior High |
| Take a class | Teach a class |
| Be a student | Take a class |
| 2nd standard | 2nd grade |
| High marks | Good grades |
| Invigilator | Proctor |
| Canteen | Cafeteria |

| Clothing | |
|---|---|
| Indian English | American English |
| Wind cheater | Wind breaker |
| Vest | Under shirt |
| Waistcoat | Vest |
| Half-pant | Shorts |
| Purse | Wallet |
| Swim trunks | Swim suit |
| Swim costume | Swim suit |
| Braces | Suspenders |
| Suspenders | Garters |
| Handbag | Purse/Pocketbook Change purse |
| Ladders(in stockings) | Runs |
| Overcoat(light) | Topcoat |
| Overcoat(heavy) | Overcoat |
| Petticoat | Slip |
| Pinafore dress | Jumper |
| Jumper | Sweater |

| Polo-neck sweater | Turtle-neck sweater |
|---|---|
| Tights | Panty hose |
| Waist petticoat | Half slip |

| Transportation | |
|---|---|
| Indian English | American English |
| Traffic signal | Traffic light |
| Boot, dicky | Trunk of a car |
| Bonnet | Hood of a car |
| Petrol pump | Gas station |
| Petrol | Gas |
| Diesel | Fuel |
| Pavement | Sidewalk |
| Footpath | Sidewalk |
| Zebra Crossing | Crosswalk |
| Take a lift | Get a ride |
| Motorcycle | Motor bike |
| Cycle | Bike |
| gear stick | stick shift |
| lorry | truck |
| motor ways | freeways |
| return ticket | round trip |
| tram | streetcar |
| underground | subway |

| Other | |
|---|---|
| Indian English | American English |
| Football | Soccer |
| American football (rugby?) | Football |
| Solid | Substantial |
| Ltd. | Inc. |
| Transistor | Radio |
| Two-in-One | Boom box |

| | |
|---|---|
| Goggles | Sunglasses |
| Cooling glass | Sunglasses |
| Toilet | Restroom |
| Guest house | Motel |
| Current | Electricity |
| Rs. 20 Note | $20 Bill |
| Cell | Battery |
| Torch | Flashlight |
| Rubber | Eraser |
| Snap | Picture |
| Photograph | Picture |
| Mixee | Mixer |
| Dustbin | Trash can |
| Beggar | Panhandler |
| IBM-Compatible | IBM-Clone |
| Inflammable | Flammable |
| Mess | Dorm cafeteria |
| Hotel | Restaurant |
| Restaurant bill | Restaurant check |
| Picture | Movie |
| Talkies | Movies |
| Lift | Elevator |
| To fix | To install |
| To repair | To fix |
| Pram | Stroller |
| Chewing Gum | Gum |
| Gum | Glue |
| Cinema | Movie theater |
| Flat | Apartment |
| Garden | Yard |
| Grill | Broil |
| Jug | Pitcher |
| Kiosk | Booth |
| Nappies | Diapers |

| Point | Outlet |
|---|---|
| Promenade | Board walk |
| Queue | Line |
| Tap | Faucet |
| Tea towel | Dish towel |
| Tin(of food) | Can |
| Torch | Flashlight |

| Shopping | |
|---|---|
| Indian English | American English |
| Bill | Check |
| Chemist | Drugstore |
| Cotton(reel of) | Thread |
| Con wool | Absorbent cotton |
| Drawing pins | Thumb tacks |
| Hair slide | Barrette |
| Material(by yard) | Fabric |

| Telephone | |
|---|---|
| Indian English | American English |
| Directory | Phone book |
| Personal call | Person-to-person |
| Reverse the charges | Collect call |
| To ring up | To call/to give |
| To telephone | Buzz |
| Trunk call | Long distance |

| Theater | |
|---|---|
| Indian English | American English |
| Dress circle | Mezzanine |
| Gallery | Balcony |
| Stalls | Orchestra |
| Upper Circle | First balcony |

| Idioms | |
|---|---|
| Indian English | American English |
| To post (a letter) | To mail (a letter) |
| To submit | To turn in |
| To be out of station | To be out of town |
| A place to park | Driveway |
| A place to drive | Parkway |
| Straight-away | Right away |
| Anti clockwise | Counterclockwise |
| Bunk school | Skip class |
| Passed out | Graduated |
| Fainted | Passed out |
| Ring up (someone) | Call up (someone) |
| The line is engaged | It's busy / I got a busy tone |
| Push the accelerator | Step on the gas |
| Give the car some race | Speed up the car |
| Get down (from a bus) | Get off (of a bus) |
| Let's push off | Let's go |
| Let's make a move | Let's go |
| Convince someone | Talk someone into |
| Black money | Tax free, undeclared income |
| Standing from a constituency | Running for an election |
| Issue a book (from the library) | Checkout a book (from the library) |
| How are you? | How are you doing? |
| How is everything? | How is it going? |
| Intimate | Inform |
| Very Close Relations | Intimate Relations |
| Too good | Cool |
| To appear in (give) a test | To take a test |

| Wash up | Do the dishes |
|---|---|
| Wash your hand | Wash up |
| Washing up machine | Dishwasher |

**This page URL**:
http://www.immihelp.com/newcomer/language.html

Copyright © 1999-2007 immihelp ®.com All rights reserved.

18D

# PLEADING EXHIBIT 18D



## Some Important Words and Terms:
## American Slang

Those who have been following the British english, might find some difference in the terms used in **American english**. The following list is an attempt to make you familiar with some very commonly used words in day to day life.

**Add yours**

| General Words | | Food Related Words | |
|---|---|---|---|
| **Indian Words** | **American Words** | **Indian Words** | **American Words** |
| Chemist/ Medical store | Drugstore/ pharmacy | Cold drink | Soda |
| Good name | First name | Soda | Club Soda |
| Family name/ Surname | Last name | Curd | Yogurt |
| Fagging | Smoking | Filter coffee | Brewed coffee |
| Pram | Stroller | Nescafe | Instant coffee |
| Two-in-One | Boom box | Milk powder | Cream |
| Transistor | Radio | Corn Flour | Corn Starch |
| Cell | Battery | Toffee | Candy |
| Torch | Flashlight | Biscuit | Cookies |
| Rubber | Eraser | Finger chips | French fries |
| Fag/cigarette | Smoke | Groundnuts | Peanuts |
| Condom | Rubber | Brown bread | Wheat bread |
| Photograph/ snap | Picture | Jelly | Gelatin |
| Drawing pins | Push pins | Grill | Broil |
| Gum | Glue | Jug | Pitcher |
| Goggles | Sunglasses | Bill | Check |
| STD/ Trunk call | Long distance call | Cup | Mug |
| Current | Electricity | Tongue Cleaner | Tongue Scraper |
| Rs. 10 Note | $10 Bill | Drinks without ice | Drinks with no ice |
| Posting letter | Mailing letter | Tinned food | Canned food |
| Fainted | Passed out | Mixee | Mixer |
| Vomit / puke | Throw up | **Education Related Words** | |
| Telephone Directory | Phone book | **Indian Words** | **American Words** |
| Engage Tone | Busy Tone | College/ university | School |
| Cross Connection | Noise | School | High school |
| Cinema/ Talkies | Movie theater | 1st class/ standard | 1st grade |
| Picture | Movie | Bunking classes | Skip classes |
| Football | Soccer | Invigilator | Proctor |
| Rugby | Football | Canteen | Cafeteria |
| Beggar | Panhandler | Z (Alphabet) | Zee (pronounced) |
| Dustbin | Trash can | Passed out | Graduated |
| Waste | Trash | Mathematics | Math |

| Indian | American |
|---|---|
| Pin Code | Zip Code |
| Queue | Line |
| Tyre punctures | Flat Tire |
| Hotel | Restaurant |
| Town Side | Down Town |
| Shopping Complex | Mall |

### Housing Related Words

| Indian Words | American Words |
|---|---|
| Flat | Apartment |
| Bathroom | Washroom |
| Toilet/ Loo | Restroom |
| Lift | Elevator |
| Garden | Yard |
| Center Table | Coffee Table |
| Drawing Room | Living Room |

### Driving Related Words

| Indian Words | American Words |
|---|---|
| Petrol Pump | Gas station |
| Petrol | Gas |
| Diesel | Fuel |
| Dickey of car | Trunk of car |
| Bonnet of car | Hood of car |
| Footpath/Pavement | Sidewalk |
| Horn | Honk |
| Zebra Crossing | Pedestrian Crosswalk |
| Crossroad | 4-Way road |
| Tram | Streetcar |
| Motorcycle | Motor bike |
| Cycle | Bike |
| Highways | Freeways |
| Taking lift | Getting ride |
| Lorry | Truck |
| punctures | Flat tire |
| Crossroad | Cross street |
| Stepeny | Spare Tyre |

### Clothing Related Words

| Indian Words | American Words |
|---|---|
| Gallus | Suspenders |
| Petticoat | Slip |
| Tights | Pantyhose |
| Vest | Under shirt |
| Waistcoat | Vest |
| Swimming costume | Swim suit |

### Vegetables Related Words

| Indian Words | American Words |
|---|---|
| Brinjal | Eggplant |
| Lady fingers | Okra |
| Coriander | Cilantro |
| Capsicum | Bell Pepper |

### Generally used words

| American Words | Indian Meaning |
|---|---|
| Airhead | a stupid person |
| Con | Cheat |
| Cop | Policeman |
| Kicks | Enjoyment |
| Neat | Good |
| Later | Bye |
| Straight | Honest |
| Wheels | Car |
| Dynamite | Powerful |
| On the rocks | Drinks with ice |
| Buck | Money |
| Blown away | Greatly impressed |
| Cut the crap | Get to the point |
| Face-off | Confront |
| Mellow out | Calm down |
| Hang loose | Relax |
| Hit the sack | Go to bed |
| Chill | Calm down |

**Raincheck sale deal?**

If you go to buy something which is on sale, and is sold out, then you may ask for a "raincheck" and get the item later at the sale price.

---

**Find this article at::**
http://www.path2usa.com/lifestyle/culture/terminology.htm