

18E

# PLEADING EXHIBIT 18E



# immihelp.com
**From an immigrant,
to future immigrants.**

## Renting an Apartment

Now that you have started working most likely you would like to move into your own apartment rather than stay in the motel or with friends.

You can get information on how to rent an apartment from the "Apartments" section of the **Yellow Pages[1]**, newspaper or 'Rental Guides' which are available at the stores. You may also find the information about the apartments online at places like **Rent.net[2]** and **All Apartments.com[3]**. You can also look at **Immihelp Classifieds[4]** or "Classifieds" section of the newspaper. Ask friends and relatives or people at your job if they know of places to rent. Look for "Apartment Available" or "For Rent" signs on buildings. You can call a local real estate agent, many can be found at **Immihelp Yellow Pages[1]**.

People who rent out apartments or homes are called "landlords." They are typically large rental companies. A landlord may ask you to fill out a rental application form to check to see if you have the money to pay the rent. The application form may ask for a Social Security number and proof that you are working. You can use your LPR card (or other visa such as H1, L1) if you do not yet have a Social Security number. You can also show a pay stub from your job to prove you are working. You may also be asked to pay a small application fee. If you are not yet working, you may need someone to sign the rental agreement with you. This person is called a "co-signer." If you cannot pay the rent, the co-signer will have to pay the rent for you.

To lease (rent) an apartment you should consider following points:

1. **Lease period and deposits**
   You sign a rental agreement or "lease" if the landlord agrees to rent to you. When you sign a lease, you agree to pay your rent on time and stay for a specific length of time. A lease is a legal document. You must keep up your part of the agreement. Landlords must also do their part. They must keep the property safe and in good condition.

   Usually there are two types of lease depending on the period of lease: 6 months lease & 12 months lease. (In some places they allow 3 month lease too, but the rent increases in that case).
   Some cases you get 1 months rent free in case you select 12 months lease and you get half months rent free if you select 6 months lease.
   You will have to pay 1 months rent as security deposit and some amount around $10 to $15 as key deposit. You will get security deposit back if the home is clean and in good condition when you move out. If not, the landlord may keep some or all of your deposit to pay for cleaning or repairs. Rent for the apartment in ground floor is less than other apartments. Very few people prefer to stay in ground floor because of security reasons. So when you ask about availability of apartments it is possible that the Manager will say only ground floor apartment (or even only the basement, which is below ground level) is available. Hence insist for apartment on first or second floor if you don't want a ground floor apartment. Otherwise after renting a ground floor apartment you will realize that apartments other than in ground floor were also available.
2. **Utilities**
   Some rentals include the cost of utilities (gas, electricity, heat, water, and trash removal). Others charge separately for these expenses. Ask the landlord if utilities are included when you are looking for housing. If they are, make sure this is in your rental agreement before you sign it. If utilities are not included, you should find out how much they will cost. The cost of some utilities will be more in the summer (for air conditioning) or winter (for heat).
3. **Lease Terms**
   Understand the lease terms properly because most of the times you will need to break the lease in case your project terminates suddenly. If you want to break the lease
   - You have to give 30 or 60 days notice.
   - You lose your security deposit
   - In some cases they (the apartment management) try to find someone who wants to rent your apartment. If they don't find anyone within 30 days period you will have to pay 1 month's rent extra. In this situation you lose your security deposit plus one months rent. Get these terms clarified before signing the lease papers.
4. **Lease Breaking**
   Ending a rental agreement is called "terminating your lease." Your landlord may agree to terminate your lease early if he or she can find someone else to rent your home. If not, you may have to pay monthly rent until the end of the lease, even if you are not living there. You may also lose your security deposit if you leave before the end of the lease. Give your landlord a written notice that you want to move out. Most landlords require notice at

least 30 or 60 days before you want to leave.

If you are sharing an apartment with somebody. Suppose 3 people are sharing an apartment and all three have their names on lease papers. In case one of the three wants to leave before the lease period is over, you need to take a letter from him/her saying that all further paper work can be done by the other two people. This letter is required when your lease period is over or even if you want to break the lease before that period is over. If you don't have such a letter you won't be able to break the lease unless all three have signed the lease break paper. In such cases you also end up losing your deposit. This is true even for normal termination of lease period. Be careful and understand these terms and conditions fully.

5. **Damages**
When you sign a lease, you agree to keep the home clean and in good shape. You may be charged extra if you damage the place you are renting. After renting an apartment carefully observe if there are any types of damages in the apartment. If you see any, ask your Property Manager to make a note of it. Otherwise they will deduct some amount from your security deposit when your lease period is over. Talk to your landlord before you move out to find out what you need to fix to get all of your security deposit back.

If you have damages in your house that you did not cause:
- Talk to your landlord (usually they have rental office in the apartment complex itself) and tell them what is wrong and what needs to get fixed.
- Next, write a letter to them explaining what is wrong and what needs to be fixed. Keep a copy for yourself.
- Finally, call your local housing office. Most city or local governments have people who inspect houses for problems. Ask the inspector to visit and show him/her all the problems.

If your landlord does not fix the problems, you may be able to make a legal charge against him or her.

6. **Down grading and Upgrading**
If you want to move to 2 bedroom apartment from 1 bedroom apartment you have to pay some $100 to $200. Many cases down grading i.e. moving to 1 bedroom apartment from 2 bedroom apartment is not allowed. Get clarification on all such points while signing lease papers.

7. **Electricity and Telephone connection**
After you rent the apartment you need to inform your local electric supply company that you will be staying in that apartment from so and so date and that they may bill you from that date. Ask your local telephone company for a telephone connection by calling them. Most of the business takes place on the phone. Surprisingly all work gets done and promptly too.

8. **Maintaining an apartment**
In most of the apartments you have cooking range, oven, dish washer, refrigerator etc. Use aluminum foil to cover part of the cooking range (other than coils) so that it remains clean and in the end you don't need to spend time in cleaning it. Dish washer soap is available in liquid or in powder form. Dish washer inner surface starts becoming blackish after some days. The cleaning liquid can be used to clean it. This can be done once in a month. Clean your oven once in a month using oven cleaning liquid. Use plastic garbage bags in trash cans so that you can just take the bag and dispose it in the central trash, usually provided in the apartment complex.

9. **Laundry**
If the apartment itself does not have a washer/dryer, there will usually be a common laundry room in the complex where you can do your weekly washing/drying. Such common machines usually are coin operated machines so you'll need a few quarters and also your own favorite detergent powder.

10. **No. of people**
The lease may also list the number of people who can live in the home. There are several rules regarding how many people can stay in a given apartment. If you have one bedroom apartment, only 2 persons can stay such as husband/wife, 2 friends etc. If you have a child, you can't stay in one bedroom apartment. You must take either 2 bedroom apartment or 1 bedroom apartment with den (den is a smaller room without closets.) You can keep up to 2 children in 1 bedroom. Therefore, if you have more than 2 children, you will have to take 3 bedroom apartment.

11. **Discrimination**
Landlords can not refuse to rent to you because of who you are. It is against the law to reject you because of:
- your race or color
- the country you came from
- your religion
- your sex
- a physical disability
- marital status

If you feel you have been refused housing for any of these reasons, you can contact the US Department of Housing & Urban Development(HUD) by phone at 1-800-669-9777. Information is given in English and Spanish.

If you move, you should change your address with the U.S. Postal Service so they can forward your mail to your new address. You can change your address online at **http://www.usps.com[5]** or visit your local post office and request

Tips for newcomer to USA
Page 3 of 3
Case 4:07-cv-00403-A Document 1-5  Filed 07/10/07  Page 4 of 17  PageID 123

a "Moving Guide." You also need to file form **AR-11[6]** with DHS.

In an apartment complex, all the buildings are own by one company and every one is renting over there. Condominiums are places where every housing unit is owned by individual owners. In your complex, some people that are staying will be owners of that house while others will be renting from original owner. If you have rented condominium, you pay rent to that individual owner, and deal all the issues with him. You would also have to pay homeowner's association fee (something like $40 to $60/month) that takes care of trash removal, lawn maintenance, snow removal etc.

**This page URL**:
http://www.immihelp.com/newcomer/renting.html

**Links:**
[1] http://www.immihelp.com/yellowpages/
[2] http://www.rentnet.com/apartments/
[3] http://www.allapartments.com
[4] http://www.immihelp.com/classifieds/
[5] http://www.usps.com
[6] http://www.immihelp.com/forms/showform.do?form=ar-11

Copyright © 1999-2007 immihelp®.com All rights reserved.

18F

# PLEADING
# EXHIBIT
# 18F



## Renting An Apartment

When you arrive in the United States, your company will provide you accommodation for a certain period. During this time you will have to look for a suitable apartment. Newspapers and local apartment guides, which are easily available and sometimes free, are helpful.

Glance through the Yellow Pages, or look up the following sites:

1. www.rent.net
2. www.apartmentguide.com
3. www.allapartments.com
4. www.aptsforrent.com
5. www.rentcheck.com
6. www.apartments.com
7. National Apartment Locator Service
8. www.Homestore.com
9. Search 4 Apartments
10. Metrorent (for SFO)
11. Citidigs (for NY, Chicago, Boston)
12. www.homerentals.net
13. www.rentals.com
14. www.rentwave.com
15. www.rentsearch.com

What is important, while selecting the right apartment?

- Location, Neighborhood, Type and Facilities
- Deposit and Lease period
- Lease Terms
- Get utilities on your name
- Maintenance
- Problem Reporting?

**Location, Neighborhood, Type And Facilities:**

- Pay attention to location as it would affect your day-to-day life. It shouldn't be very far from your work place or to the nearest departmental store.
- First-floor apartments are comparatively cheaper than those on higher floors. However, consider security. Noise may also be a negative factor.
- Confirm that your rent includes basic facilities like hot water supply, and garbage expenses. Otherwise, you will have to pay for them separately.

- Find out whether electricity is also included in the rent.
- Every apartment should be equipped with a dishwasher, a refrigerator, cooking range or gas.
- Facilities like air conditioning, a fitness center, a swimming pool and a tennis court are attractive, but of course, in these places, the rent will be higher.
- In some apartments, individual washing machines are provided. At others, machines are placed in a basement or room, and residents can make use of them by inserting a coin in the machine when they need to do the laundry.

**Deposit and Lease period:**

- You will be required to pay a security deposit before occupying the apartment.
- Apartments are leased for a month, three months, six months or a year.

**Lease Terms:**

- Discuss the lease terms in detail prior to occupying the apartment, so that you won't have any problems later.
- Before leaving the apartment you will have to give notice, usually between thirty and sixty days. In case you break the lease, you will have to pay a penalty, usually a moth?s rent.
- At some places you will have to pay the full rent, until someone else wants to rent the apartment. If they find somebody to rent the apartment immediately, then you won't have to pay anything. Clear up all these issues before signing the lease.
- If you are sharing the apartment, then the lease must be on the names of all the occupants. In case one person moves out then he has to inform the apartment management; if the management is not informed, you could end up losing your deposit

**Get utilities on your name:**
Once you moved in, inform and get the utilities like electricity, water supply, Garbage service etc on your name.

**Maintenance:**

- Make a proper check of everything before you take the possession of the apartment. If equipment, fittings or furniture is damaged, inform the management before they deduct it from your deposit.
- Look after the carpet. Depending on its condition when you move out, a partial or full amount will be deducted from your deposit.
- Don?t hammer nails into the walls, try to use pushpins, blue tack, or any material that will not leave stains or marks.
- Keep your kitchen appliances clean.
- It is advisable to use aluminum foil to cover your cooking range to prevent it from getting oil stains. Clean the exhaust fan regularly as well.
- Before leaving the place clean everything, so that you can ask for your deposit back.
- Use plastic garbage bags in your garbage bins, as they are easily disposed when the trash is collected.

**Problem Reporting?**

- California - tenant rights guide
- Complaint against Apt. Complex Mgmt - Sanjose

---

**Find this article at::**
http://www.path2usa.com/usainfo/home_basics/rental_apart.htm



# PLEADING EXHIBIT 18G



## Birth Certificate - US Immigration and Visas

Birth certificate is a very important document required for many immigration related matters including getting green card, sponsoring parents' visitor visa, sponsoring relatives on a green card etc.

Birth certificate must contain the:

- Person's name
- Person's date of birth
- Person's place of birth
- Names of **both** parents, and
- Annotation by the appropriate authority indicating that it is an extract from the official records.
- The seal of the issuing office, i.e., the municipal authorities or the village authorities (gram panchayat or talati-cum-mantri).

Sample Birth Certificate - English[1]

### Unobtainable birth certificates

Your birth record may not be obtainable because of several reasons such as:

- Your birth was never officially recorded.
- Your birth records have been destroyed.
- The appropriate government authority will not issue one.

Please obtain a certified statement from the appropriate government authority stating the reason your birth record is not available. With the certified statement you must submit secondary evidence. For example:

- A baptismal certificate that contains the date and place of birth and both parent's names providing the baptism took place shortly after birth
- A school leaving or matriculation certificate, or
- An adoption decree for an adopted child, or
- An affidavit executed by either the parents of the applicant, if living, or other close relatives older than the applicant, all of whom must have personal knowledge of the birth, may be submitted. The affidavit should set forth the relationship between the deponent and the applicant, how well the deponent knows the applicant, how the deponent came to know about the facts to which he or she is swearing, date and place of applicant's birth both parent's names, and the mother's maiden name and any other related facts.

    **Note:** An affidavit must be executed before an official authorized to take oaths or affirmations (such as First Class Magistrate in India). If the persons who are signing the affidavit are already in USA, it can notarized in USA.

Sample - No availability certificate - birth[2]

Sample birth affidavit[3]

If the birth certificate is available but it does not have enough information (such as no name) or incorrect information, secondary evidence, as described above, should be submitted along with the certificate.

If your birth was registered more than 3 years after your were born, you must submit the certificate along with a magistrate's order concerning the late registration.

### Additional information for India

Birth certificate can be obtained at local municipal or village authorities (gram panchayat or mamlatdar). Under the

Registration of Births and Deaths Act, 1969 late registration of birth is possible.

A person who has used a different name from the one shown on the birth certificate, must produce a document explaining the use of such name. The following documents are commonly available as evidence:

1. Baptismal certificate
2. Deed Poll
3. School records showing early use of adopted name.

If none of the foregoing documents are available, any other document, or combination of documents, which appear to resolve the difference in names will be considered. Your personal sworn statement is not acceptable unless there is other evidence to substantiate it.

## Translation

If the birth certificate is not in English, it can either be translated by a professional translator or it can even be translated by anyone who is fluent in both the languages (other than the beneficiary for whom it is being prepared).

**Sample birth certificate - Not in English[4]**

**Sample birth certificate - English translation[5]**

It must be translated word to word and it should say at the end,

I, <translator name>, certify that I am fluent (conversant) in the English and <native language name> languages, and that the above/attached document is an accurate translation of the document entitled <document title>.

Signature: _____
Date:          Typed Name
               Address

---

**This page URL:**
http://www.immihelp.com/immigration/birth-certificate.html

**Links:**
[1] http://www.immihelp.com/nri/sample-birth-certificate-english.html
[2] http://www.immihelp.com/nri/sample-no-availability-birth-certificate.html
[3] http://www.immihelp.com/immigration/birth-certificate-affidavit.html
[4] http://www.immihelp.com/nri/sample-birth-certificate-non-english.html
[5] http://www.immihelp.com/nri/birth-certificate-english-translation.html

---

Copyright © 1999-2007 immihelp®.com All rights reserved.

18H

# PLEADING EXHIBIT 18H

Birth Certificate for Green card purpose
Page 1 of 2
Case 4:07-cv-00403-A   Document 1-5   Filed 07/10/07   Page 12 of 17   PageID 131



# Birth Certificate

### Birth Certificate, unavailable or incorrect?

Birth certificate is required for many Immigration and Green Card related matters. There are many people with either no birth certificate, or with an incorrect birth certificate. What to do?

- Need to rectify incorrect birth certificate
- The birth certificate is unavailable?
- Birth certificate is not in English Language?
- Tips

### How to rectify incorrect/missing information in the birth certificate?

An notarized affidavit with the correct information is required from any of the parents (preferably mother). In case they are no longer alive, then any close relative older than you can provide this affidavit.

The affidavit can also be notarized in USA, if your parents are here.

Make sure to include the following in the affidavit:

1. Parent's full name.
2. Parent's date of birth.
3. Parent's place of birth.
4. Parent's date of marriage.
5. Applicant's full name.
6. Applicant's date of birth.
7. Applicant's place of birth.

### What if Birth certificate is not available?

In cases where the birth certificate record is unavailable from the authorities, then a sworn affidavit by either of the parents is required. In parents are no longer alive, then any close relative (like uncle, or a close family friend) older than the applicant may provide such affidavit.

This affidavit must be accompanied with a certificate of Non availability or No record of the birth certificate from the concern distt. office/government authority.

If the affidavit is provided by the relative, it must state the relationship with the applicant, how well the person/deponent knows the applicant, date and place of the applicant's birth, names of both the parents, and any other related facts.

### Requirements in brief:

1. Non Availability Certificate from the Municipality/Government authority of the place where the applicant was born. It should state/confirm that the birth record/certificate does not or no longer exists.
2. Affidavit.

Note: This affidavit does not have a unique format identified by INS, hence different attorneys may have different layouts.

### A sample affidavit (by Applicant's mother)

AFFIDAVIT


I, (mother's) last name (maiden name) first name, wife of (spouse) last name first name, being duly sworn, do depose and make the following statements:

1. I was born in place of birth, State, Country on Date Of Birth.

2. I am married to (spouse) last name first name on date (of their marriage).

3. I am the mother of (your) last name first name and (your father's) last name first name is his/her father.

4. (Your) last name first name was born on date (of birth in MM/DD/YYYY) at time (of birth am/pm) in City, State, Country.

Signature:

Date:

NOTARY

**What do I do if I have a Birth Certificate in a language other than English?**
You are required to translate it into English. Two ways to get it done.

1. Can be done through a professional translator/services.
2. Anyone who is fluent in the language and who is not benefiting in any way

from the petition can translate it.

It must state the below:

"I, (translators name), certify that I am competent to translate from (name of native language) to English and hereby certify that the above information is a true, complete and accurate translation of the attached original document.

Signature of translator.

Date:

[Typed full name, address, & phone number of translator.]

| Tips |
|---|

- In few cases, where the parents are not alive, you may be required to provide 2 separate affidavits from two different persons.

**Note:** The attorney who is handling your case should also be able to provide more information and advise on this matter.

**Find this article at::**
http://www.path2usa.com/immigration/relatedinfo/birth_certi.htm

18I

# PLEADING EXHIBIT 18I

# immihelp®.com
**From an immigrant,
to future immigrants.**

## Visitor Visa to USA
### Documents - Sponsor(Inviter)

Following documents need to be sent from the person who is sponsoring his/her relatives to visit the United States. Please send completed and legible documents. Wherever possible, send computer printed or typed documents to avoid any confusion. Also, please try to send documents as much as recent as possible. Any documents like employment letter, pay stubs, bank letter etc. must be less than 12 months old.

- **I-134[1]**, Affidavit of Support Form

    You will need to show that you can financially support your relatives while they are in US. You need to fill a form called "Affidavit of Support form (**I-134[1]**)" for that purpose. One form should be filled for each applicant. So, even though parents are applying together, you need to send two forms. Some consulates say that if you are applying for a family (such as parents, in-laws etc.), you have to submit only one I-134 and not for each person. But there is no harm in providing one for every one, instead of taking chances.
    **Note:** For those of you who are on H1, there is no option on the form to say that you are on H1. So just write in one of the options on the form that you are on H1.

    **Notary:** You need to get it notarized. Notary, who is government authorized witness, ensures that the document is signed by the person who is really that person, and not someone else. This helps detect/reduce fraud. It also ensures that the person who signed the document has signed it willingly and knowingly.
    Notary can be done at your bank or at **AAA[2]**, for example. If you have an account with a given bank, they notarize it for free. Not all bank branches have notary service. Check before you go. Sometimes, even large employers have notary service within the company itself. You may also find notary services in Yellow Pages (at fee, of course).
    **Find Notary[3]**. (If you are outside US, you can get it notarized at **US Embassies/Consulates worldwide [4]**.)
    You will have to sign the form in front of notary (Do NOT sign before) and you will have to carry an identity document with you such as passport, driver's license.

    **Download Fillable I-134[1]**
    **Sample I-134 and instructions[5]**

- Statement from your employer (1 original for each applicant) on business stationary, showing:
    - Date and nature of employment
    - Salary paid
    - Whether position is temporary or permanent
    **Sample employment letter[6]**

- Letter from your Bank (1 original for each applicant) on their business stationary, giving the following details:
    - Date account opened
    - Total amount deposited for the past year
    - Present balance
    - Average balance last year

    Also send copies of few recent bank statements. It should have good balance at least over last 6 months. Do not deposit money into bank just one day before to show big balance, only to withdraw next day. You really should have money to show your financial strength to be able to support the people you are sponsoring. While there is no specific guideline how much money you should have in the bank, it should be enough to take care of all their expenses. Something like $5,000/person should be good enough.

    It's OK for the letter to be addressed to "To Whom It May Concern".

    Some banks may take a long time to provide such a letter. Therefore, it is advisable to prepare well in advance.

- Letter from yourself stating that you will take care of their expenses in USA. This letter should be addressed to the US consulate your relatives will be visiting.
    **Sample letter to consulate[7]**

- A personal letter of invitation (free format, but formal; explain here how you will be able to accommodate them in you house and take them around for tourist purposes).
  One letter should be enough for both mother and father. If your relatives don't understand English, it may be helpful to send the translation of the letter in your native language because consular officer may question that your parents might have never read the letter.
  **Sample invitation letter[8]**

- Copies of recent pay stubs. 3 or 4 should be enough.

- Copy of last 3 years income tax returns and W2s. If you don't have them, you can request the transcripts from **IRS[9]** using a Form 4506. Don't need to include state income tax returns.

  If you did not file a tax return, a written explanation explaining why you had no legal duty to file the return. If you filed a late or amended tax return, you should submit evidence of this.

  If you are self-employed, include self-employment schedules filed with income tax returns or financial records such as a bank statement for the business accounts.

- If you are Indian citizen:
  a. Your **Original birth certificate[10]**. (This requirement earlier existed only for US consulate in Mumbai, but effective Oct 1, 2005, it has been extended for entire India.) If you are sponsoring your in-laws, your spouse's **original birth certificate[10]** is required instead.
  b. Photocopy of all pages (including blank pages) of your passport. If visa is in old passport, then photocopy of all pages of old and new passport
  c. Also:
     i. If you are on H1 or L1, copy of latest **H1/L1 visa approval notice[11]** (I-797 Notice of Action).
        If you are at adjustment of status (I-485 stage), send copies of **I-485 receipt[12]**, **EAD card [13]** and **Advance Parole[14]**. These may not be required, but does not hurt to send them.
     ii. If your visa has expired but has a renewed petition, photocopy of the **renewed petition[15]**.
     iii. If you are a legal permanent resident in the USA, provide **proof of green card[16]**.

- If you are a US citizen, provide **proof of US citizenship[17]**

- If you are sponsoring your spouse's relatives (such as in-laws), photocopies of all pages (including blank pages) of your spouse's passport and your **marriage certificate[18]**.

- If the parents have more than one child in the US, it is advisable to send relevant documents of all children including the sponsor child.

Sponsors should send supporting documentation directly to the applicant, who can share it with the visa section during the interview. Do not send them to the US embassy/consulate/VFS. Having a sponsor or offer to guarantee a person's return to their home country does not guarantee issue of visa. US immigration law makes no provisions for offers of guarantee or the like. The burden of proof is on the applicant.

**Applicable to US consulate in Mumbai ONLY:**
Prepare all the documents as mentioned above. They need to be carried to the interview.

**This page URL:**
http://www.immihelp.com/visas/visitor/sponsordocs.html

**Links:**
[1] http://www.immihelp.com/forms/i-134.html
[2] http://www.aaa.com
[3] http://www.lendinguniverse.com/notarypublicrequesters.asp
[4] http://www.immihelp.com/directory/usconsulates.jsp
[5] http://www.immihelp.com/visas/visitor/i134.html
[6] http://www.immihelp.com/docs/emplettervisitor.html
[7] http://www.immihelp.com/docs/ltrtoconsulateforb2.html
[8] http://www.immihelp.com/docs/ltrtoparents.html
[9] http://www.irs.gov
[10] http://www.immihelp.com/immigration/birth-certificate.html

[11] http://www.immihelp.com/visas/h1b1-approval-notice-of-action.html
[12] http://www.immihelp.com/greencard/adjustment-of-status-notice-of-action.html
[13] http://www.immihelp.com/greencard/sample-employment-authorization-card-ead.html
[14] http://www.immihelp.com/greencard/advance-parole.html
[15] http://www.immihelp.com/visas/h1b1-extension-notice-of-action.html
[16] http://www.immihelp.com/immigration/proof-legal-status.html#lpr
[17] http://www.immihelp.com/immigration/proof-legal-status.html#citizenship
[18] http://www.immihelp.com/immigration/marriage-certificate.html

---

Copyright © 1999-2007 immihelp®.com All rights reserved.