18j

# PLEADING EXHIBIT 18J



# USA Visitor Visa Sponsor Documents

## Thinking of inviting your parents or relatives to visit USA?

### Documents required for inviting someone on Visitor Visa:

To invite your parents, friends, or any other relative to USA, you (the sponsor) need to provide them with a few documents, which are required in order to get the visitor visa approval by the USA consulate.

### Sponsor in USA needs to send:

1. Completed and notarized Affidavit of Support **form I-134**. You can download it from USCIS web site.
   [ Form Filing Guidelines-help | Sample Form 134 ]

2. A letter from Bank/banks (on their business letter head), stating your account summary.
   (Talk to your bank and ask for your *Account Verification* letter. Which is usually on the bank's office stationary and should have the *Date of Account Opened* and *Current Balance*)

3. Copy of your Bank Statement, showing a good balance in order to justify your financial position.

4. Certificate Letter from your employer (on company's business letter head), stating that you are a permanent employee of the company, and also stating your salary.

5. 1 or 2 recent pay stub copies.

6. Copy of a few recent income tax returns or last few W2 forms.

7. If you are a Visa holder Copies of your - Visa (H1/L1), H1 Approval Form (I-797), and I-94. (If visa has expired but has a renewed petition, a photocopy of the renewed petition.)
   If Green Card Holder: Copy of Green Card front and back.
   If USA citizen: Copy of certificate of citizenship.

8. A neat photocopy of your complete Passport, including even the blank pages.
   Note: If you are sponsoring your in-laws, photocopies of all pages including blank pages of your spouse's passport and your marriage certificate is also required.

9. If sponsoring your parents, original birth certificate of the sponsor child (son or daughter) is required.
   Note: If you are inviting your in-laws, then spouse's birth certificate is required not yours.

10. An application/letter from you to the US consulate in India (address it to the particular consulate e.g. Delhi), requesting for issuing a visitor visa to the concerned person, stating that you will be taking care of every requirement for these people, including tickets, boarding and other expenses in USA.

11. A formal invitation letter addressed to the person(s) you are inviting to US. Also stating that you will be taking care of all their needs while in US, including tickets, boarding and other expenses in here.

**Sample**

- Letters to consulate, requesting to issue a visitor visa.
- Invitation letter to the visitor.
- Employment verification letter
- Form I-134 Filing Guidelines
- Form I-134 Sample Form
- Sample : Account Verification Letter

### Next > Documents Required by Visa Applicant

**Related Links:**

- **Visitor Visa Tracker**: See the success stories
- **Find Travel Companion for your Travel**
- Visitor Medical Insurance, Get Free Quote, Compare Plans

---

**Find this article at::**
http://www.path2usa.com/immigration/visitorvisa/sponsor_documents.htm

18K

# PLEADING EXHIBIT 18K



# immihelp.com
**From an immigrant, to future immigrants.**

## Extend Visitor's Visa

Many individuals who come to United States on visitor visa would like to extend their visa. They can apply for extension of stay in US. The extension may granted or not granted depending upon the reason for extension, and whether the USCIS is convinced that the applicant does intend to return to his/her home country after the temporary stay in US.

Please note that you should not apply for extension of stay within 3 months of coming USA otherwise USCIS may conclude that even before entering USA, you were planning to extend the visa which might be in contrast to what you might have said at the consulate or at the port of entry.

The duration for which the person can stay depends upon the expiration date of I-94, and NOT on the expiration date of visa stamp. The date on visa stamp is irrelevant. As long as you apply for extension before expiration date of I-94, you would be in legal status(up to 120 days) and you will not have stayed in US unlawfully.

It should be applied between about 4 to 6 weeks before I-94 expires.

If you are the principal wage earner for your family, visiting United States alone and have left your family(spouse, children) behind in your home country, you really need to show good reasons and proof why you need to stay in US much longer and how your family will be taken care of properly in your home country. Very long separation from your immediate family is not considered too good in eyes of USCIS. You should also show that your job or business in your home country would not be in jeopardy for staying away for so long time. You are employed, you can show a letter from your employer that they are aware of you staying in US for long time.

You can not go to neighboring countries(Canada, Mexico) either by air or road, and come back to get new I-94 and therefore avoid lengthy process of applying for extension. New I-94 will NOT be given. You can't even go to neighboring islands such as Bahamas etc and come back to get new I-94. You will have to actually travel outside of North America and come back.

Extension will be given usually for the duration you ask for and give justification for the same. However, maximum you duration for extension you can ask for is 6 months. Also, you can not apply for visitor visa extension as many times as you want. Maximum you can stay on B1/B2 visa is 1 year.

As long you stay in US legally and do not violate any terms of the visa you are on, you will not get into any trouble while applying for greencard, just because you applied for visa extension.

If you are late filing for an extension and your authorized stay has already expired, you must prove that:

- The delay was due to extraordinary circumstances beyond your control;
- The length of the stay was reasonable;
- You have not done anything else to violate your nonimmigrant status(visitors can not work in US.)
- You are still non immigrant. It means that you or someone on your behalf have not filed immigrant visa petition.
- You are not in formal proceedings to remove(deport) you from the United States.

## Documents

- **Form I-539[1]** (Extension of stay/change of status).
- Fee for filing extension of visitor visa is $200 as of Oct 26, 2005. Even if a spouse/children are also included in the same form, the total fee is $200 and no extra charge for additional applicants. Check or money order should made in the name of 'Department of Homeland Security'. Do not send cash.
- Even though the form says you must send original I-94, you must also send the **photocopy** of I-94 form. Do NOT send the original. You are not required to send the original. If you sent the original by mistake, and if you need it back, you can file form G-884 with USCIS. G-884 is not available on. You have to request it by mail. **More details[2]**.
- Copy of all pages of your passport, with an expiration date at least 6 months beyond the current date.

- Proof of financial support (see **Visitor Visa[3]** section for this)
- A copy of your return air tickets (this would be helpful to show that the stay is temporary) Copy of actual paper air tickets are required. Copies of e-ticket or just itinerary are no good.
- You should also send the reason for extension (you could give the reasons like, yet to see the other coast of US etc.). You should write a letter regarding this.

## Application

**Form I-539[4]** (Extension of stay/change of status), along with all the documents above should be filed to the nearest service center. Those addresses are given in the form. Instead of 'USINS Service Center', you should write 'USCIS Service Center' in the address.

Before mailing the application, documents and fee, make a photocopy of everything and keep it in a safe place. Use certified mail to send your application with a return receipt requested. This can be done at any US post office. This gives you the assurance that USCIS really received your application and in case of any trouble, you can prove that you sent the application before expiration of I-94. This will help you insist USCIS locate your application in case they loose it. You can't really send private courier such as FedEx or UPS because they don't deliver to PO Boxes.

You can also apply online at **I-539[5]**. You will be notified later if they need anything else.

When USCIS receives your application, it will enter your application into their system and send you the 'Receipt'. Keep the receipt in safe place. It may take up to 4 to 6 weeks before you actually receive the receipt. Once USCIS makes the decision, they will mail you either the approval or denial letter. In rare cases, they may call you for an interview at **local USCIS office[6]**.

If USCIS wants further information before processing your case, all documents you submitted will be returned along with form I-72 that tell you what additional information or documents are required. You should supply additional documents and information and mail the entire package back to USCIS service center.

If you are approved, you can simply stay until the date you are granted extension. Approval letter will have new I-94 card that you should tear off and staple it in your passport. When you leave United States, give both I-94 cards (one which you got when you entered US and another one when you got the extension) to the airline staff when you check in at the airport. You should save the approval letter, boarding passes and copies of airline tickets with you. They will be useful to when you want to visit US next time. It will prove that you left on time and you were not staying in unlawfully.

If your extension is rejected, you have to leave immediately as you get out of status immediately. It is understood that there are practical difficulties in leaving on same day it takes time to arrange the air tickets, pack the bags and so on, but legally, there is no grace period. Also, if you previously had multiple entry visa, that visa is void now and you will have to apply all over again at the consulate when you want to visit next time. You may consult an immigration lawyer to see if they can negotiate with USCIS for you to depart voluntarily by a certain date that is practical so that you can make tickets and other arrangements. You can NOT appeal this rejection decision. Senator or congressman can NOT help in this case.

If your extension is denied, following docs need to be sent to USCIS after you exit the country after an extension denial:

- Original denial letter
- Original boarding pass
- copy of biographical page of passport
- copy of entry stamp in new country
- Letter saying that applicant overstayed because he/she was awaiting decision on extension application

Applicant should carry copies of all above documents on his/her next visit to US.

If your visitor visa extension is denied and if you have any 10 year multiple entry visa, that visa is considered automatically cancelled under **section 222(g)[7]** of the INA. When the visa is cancelled, they don't have to stamp or strike off the actual visa stamp in the passport. They just make an entry in their computer. That means, if you try to enter US with that visa stamp again, you will not be allowed.

If you would like to leave the US before you get the receipt or before your application is approved(or denied), you can simply leave US as normal. Your relative in the US should keep the receipt date and later approval/denial letter.

### Delays

If you think your case is taking too long to get processed, you are not alone. USCIS typically takes lots of time to process any application. There are many reasons for this and beyond discussions here.

**Receipt Delay:**
When you file your extension, you should receive official receipt from USCIS within 4 to 6 weeks. (This is just the receipt saying that they received your application and not actual approval/denial letter.)

If it has been six weeks since you sent your application, and you have not heard anything, you can write courteous, clear, short to the point letter asking for the status.
**Sample Letter[8]**

**Tracking:**
While your application is pending, you can track its status online. **Online case tracking[9]**

Before you can track your application status, you must have received the official receipt and it should have assigned you a case number for your application. Depending upon the service center you filed your application, the number prefix would vary.

You can also track your application by calling them, but it may take a lot of time before you can get through, and after too, you may not be able to get any useful information, other than the operator saying your case is pending.

| Service Center | Case Number Prefix |
|---|---|
| California | WAC |
| Nebraska | LIN |
| Vermont | EAC |
| Texas | SRC or TSC |

**Processing Delay:**
When you get the receipt that your application has been received, it will mention approximate processing times. If you try to inquire about your case status before that time duration has passed, they will ignore you. If that duration has passed and you have not received any result, you can write a letter to them asking for its status. Again, be nice, courteous and write short letter. Don't write big personal story. If you don't hear from USCIS after 1 month, write similar letter once more. After that you can write another letter every 2 weeks until you get an answer. However, don't write anything that would indicate that you are upset. Never try to threaten or insult them, otherwise you may face criminal charges and your application would be rejected.
**Sample Letter[10]**

---

**This page URL:**
http://www.immihelp.com/visas/extend.html
**Links:**
[1] http://www.immihelp.com/forms/i-539.html
[2] http://www.immihelp.com/immigration/original-documents-vs-photocopy.html
[3] http://www.immihelp.com/visas/visitor/
[4] http://www.immihelp.com/forms/showform.do?form=i-539
[5] http://www.immihelp.com/forms/electronic-filing.jsp
[6] http://www.immihelp.com/directory/localoffices.html
[7] http://www.immihelp.com/visas/222g.html
[8] http://www.immihelp.com/docs/extensionnoreceipt.doc
[9] http://www.immihelp.com/timings/tracking.jsp
[10] http://www.immihelp.com/docs/extensionnoapproval.doc

---

Copyright © 1999-2007 immihelp®.com All rights reserved.

18L

# PLEADING EXHIBIT 18L



# Visitor Visa Extension

Visitor Visa is a nonimmigrant visa issued to people entering U.S. temporarily for business (B-1), or for pleasure/ medical treatment (B-2). These are generally issued for a period of six months, but an additional maximum extension of 6 months can be taken based on the USCIS(INS) approval.

### Extending your visitor visa

INS will judge the extension based on certain factors, such as:

- Your definite plans to leave U.S. at the end of the proposed extension period.
- Valid reasons for the extended stay.
- The application submitted for the extension of stay should be before the current I-94 expiry date.
- The applicant has not committed any illegal act during the stay.
- There should be proper evidence for financial support

### Documents required for the extension:

- Completed I-539 Form.
- An application stating the reason for the requested extension.
- Proof of financial support during this extended stay.
- Copy of your return tickets as a proof of your temporary stay intentions.
- Extension fee for the visitor visa which is $195 at present as of May 2004. You may confirm it by calling INS in future.If you applying for spouse and children they are included in the same fee.
- Copy of I94 of each applicant. ( Do not send the Original I94)

### How to File ?

There are two ways to file for your Visa extension:

### 1. File online over the internet.

( Note : Effective April 1, 2006, **Form I-539 will be temporarily unavailable to E-Filing system users.** If you wish to file Form I-539 with USCIS, you must follow instructions for filing in paper. USCIS will make Form I-539 available to E-Filing system users in the near future. Please check back with USCIS for updated information on the availability of Form I-539.)

### 2. Send completed form and applications visa mail.

You should mail this form to the Service Center having jurisdiction over where you live in the United States.

Click here. to get the name and address of the USCIS centers.

### What after filing the case?

Once you file the case, USCIS will send you a receipt with a receipt number( 13 digit) this is your case number. The approximate processing time will be indicated on the receipt. It can take few weeks to several weeks to process your case.

You can check and track your case status online using case/receipt number.

Or call National Customer Service Center 1-800-375-5283

**If approved:**
If your application for an extension is approved you will be issued a replacement I-94 with a new departure date. Make a copy of this approval letter and I94 and keep into your record, these will be useful for future entry to USA. You should carry these when you make next US trip or appear for a fresh US visa next time.

You can remain in USA up to until this new I94 date. When you leave USA, must submit both(old and new) I94 to the airline staff on check in counter.

Sample of **approval letter of extension for I-539**

**If Denied:**

If denied, you will receive a letter that will tell you why the application was denied. You are required to leave USA immediately.

**What if you overstayed ?**

- If you are a multiple entry visa holder and overstayed your multiple entry visa Visa <u>may</u> becomes Void under rule INA 222(g/2).
  ( Note this is not ways true that overstay means Visa become Void, this may be the worst case, for those who over stayed by many months etc.)

  Read more info about INA 222g/2 rule:

  - More information at findlaw.com
  - A memo at immigrationlink.com

- You may not be allowed to enter into USA at the port of entry.

- You may be deported if not leave on time.

Since the time taken for the approval is not known, the best thing a person should do is to keep the travel plan ready based on the original I94 dates if you get the approval its well and good , else should leave the country. This way you keep your option to enter into USA in future and avoid any legal problems.

No matter what is the result of the extension request , you should always keep copy and proof of all paperwork and communication you did with USCIS this will be useful for your future visa need for future US trip.

Read information related to I94 and Visa at Dept of state website.

**Note :** IF you have got the extension approved, and received a approval, you will get a new I94 attached to the approval letter. You must make a copy of this letter. When leaving USA you should give this new I94 to the airline checking counter along with the old/earlier I94.

| Tips |
|---|

- Do not apply for the extension immediately after arriving into USA, INS officials might take it as a pre-planned act.
- Remember: The date of expiry of your stay limit is the date on the I-94 form tag attached to your passport, and not the date stamped on your visa.

| Related Links: |
|---|

- Sample of I539 letter of approval
- Visitor Medical Insurance, **Get Free Quote , Compare Plans**
- Ask Questions in **Discussion forum**

- Read users experience on Visitor Visa extension Process -Learn and Prepare Well.
- **Visitor Visa extension tracker** : See the trend and case studies.
- Find Travel Companion for your travel
- **Exiting USA :** Travel back to home country - a must read

**Find this article at::**
http://www.path2usa.com/immigration/visitorvisa/ext_visitor_visa.htm

19A

# PLEADING EXHIBIT 19A



19B

# PLEADING EXHIBIT 19B

