19c

# PLEADING EXHIBIT 19C



19D

# PLEADING EXHIBIT 19D



19E

# PLEADING EXHIBIT 19E



19F

# PLEADING
# EXHIBIT
# 19F



19м

# PLEADING EXHIBIT 19G

Visitor Medical Insurance



**BuyAmericanInsurance.com**®

HACKER SAFE TESTED DAILY 03-JUL  Source Id: bai

Home  Contact Us  Guide  Send to Friend

**(866) INSU-BUY**
8 AM-9 PM CST, Mon-Sat.

Following is the high level comparison of various visitor medical insurance plans. Please use this comparison as a guide only and do not make any decisions solely based on this comparison. If you have any ambiguity, doubt or questions, please refer to the individual policy details for complete details as it is not possible to accurately represent all the details in concise comparison such as follows. Please call us for further details. If there is any discrepancy between this comparison and the actual policy details, the policy details will override.

All the amounts are in US dollars.

Routine physicals and vision(eyeglasses etc.) are not covered in any of the plans.

| | **INBOUND USA** Instant Quotes & Purchase | **ATLAS AMERICA** Instant Quotes & Purchase | **LIAISON INTERNATIONAL** Instant Quotes & Purchase | **Visit USA** Instant Quotes & Purchase |
|---|---|---|---|---|
| **Plan Type** | Fixed Coverage ? | Comprehensive ? | Comprehensive ? | Comprehensive ? |
| **Administrator** | Seven Corners (Formerly SRI) | MultiNational Underwriters (MNU) | Seven Corners (Formerly SRI) | Travel Insurance Services (TIS) |
| **Insurance Company / Carrier / Underwriter** | Lloyds of London | Lloyds | Virginia Surety (Lloyds in NC, NY, OR, KS) | AIG |
| **A.M. Best Rating** | A "Excellent" | A "Excellent" | A- "Excellent" | A++ "Superior" |
| **Available deductibles By Age** | per injury/sickness $0 Upto 69 $50 Upto 69 $100 Upto 69 $200 70-99 | max once per year $0 $100 $250 $500 $1,000 $2,500 | max once per year $0 $100 $250 $500 $1,000 $2,500 | per policy period $250 $500 $1,000 |
| | Limited coverage. Only incidental coverage | After deductible, you pay 20% of the first $5,000 in | After deductible, you pay 20% of the first $5,000 in | After deductible, you pay 20% of the first $5,000(per incident) |

| | | | |
|---|---|---|---|
| Co-insurance, USA/Canada | outside USA Schedule of Benefits | | covered expenses, rest covered at 100% up to selected policy maximum | in covered expenses, rest covered at 100% up to selected policy maximum(per incident) Incidental travel to Canada max 14 days |
| Co-insurance, outside USA/Canada | Limited coverage. Only incidental coverage outside USA Schedule of Benefits | After deductible, covered at 100% up to selected policy maximum | After deductible, covered at 100% up to selected policy maximum | After deductible, you pay 20% of the first $5,000(per incident) in covered expenses, rest covered at 100% up to selected policy maximum(per incident). Incidental travel to Mexico, US territories max 14 days |
| Policy maximum options By Age | per incident $50,000 Upto 99 | lifetime maximum $10,000 Age 80+ $50,000 Upto 79 $100,000 Upto 69 $250,000 Upto 69 $500,000 Upto 69 $1,000,000 Upto 69 | lifetime maximum $15,000 Age 80+ $50,000 Upto 79 $100,000 Upto 64 $500,000 Upto 64 $1,000,000 Upto 64 | per incident $10,000 Age 80+ $50,000 Upto 79 $100,000 Upto 69 |
| Renewable | | Yes, renewable in 1-day increments if purchased min. 5 days initially | Yes, 5 days renewable | No |
| Cancellation policy | Yes. 5 days renewable | Before effective date, full refund. After effective date, pro-rated refund minus $25 cancellation fee as long as no claims have been filed since the effective date. | Before effective date, full refund. After effective date, pro-rated refund minus $25 cancellation fee as long as no claims have been filed since the effective date. | Before effective date, full refund minus $20 cancellation fee. Policy certificate must be returned. After effective date, no refund. |
| **MEDICAL - INPATIENT** | | | | |
| Hospital room and board including miscellaneous | $1,400/day ($1,050/day for 70+), 30 days max | To policy maximum, average semi-private room rate, including nursing services | To policy maximum | To policy maximum, average semi-private room |
| Intensive care unit | Additional $660/day ($460/day for 70+), 8 days max | To policy maximum | To policy maximum | To policy maximum, 2 times average semi-private room rate |
| Surgical treatment | $3,300 ($2,750 for 70+) | To policy maximum | To policy maximum | To policy maximum |
| Anesthetist | $825 ($685 for 70+) | To policy maximum | To policy maximum | To policy maximum |

| | | |
|---|---|---|
| Assistant surgeon | $825 ($685 for 70+) | 20% of primary surgeon charge. No standby availability coverage |
| Physician's non-surgical visits | $55/visit, 1/day, 30 visits max | To policy maximum. No standby availability coverage |
| Consult physician, when requested by attending physician | $450 ($400 for 70+) | To policy maximum |
| Private duty nurse | $550 ($450 for 70+) | To policy maximum |
| Pre-admission tests within 7 days before hospital admission | $1,100 ($775 for 70+) | To policy maximum |
| **MEDICAL - OUTPATIENT** | | |
| Surgical treatment | $3,300 ($2,750 for 70+) | To policy maximum |
| Anesthetist | $825 ($685 for 70+) | To policy maximum |
| Assistant surgeon | $825 ($685 for 70+) | 20% of primary surgeon charge. No standby availability coverage |
| Physician's non-surgical/urgent care visits | $55/visit, 1/day, 10 visits max | To policy maximum |
| Diagnostic X-rays lab services | $450 ($400 for 70+), Additional $250 - One Cat scan, PET Scan or MRI | To policy maximum |
| Hospital emergency room (all expenses incurred therein) | 75% of U&C to a maximum of $330 ($250 for 70+) | To policy maximum. If subsequently not admitted further treatment of sickness, treatment is covered, but room charges not covered |
| Prescription drugs | $100 ($80 for 70+) | To policy maximum, maximum supply of 60 days per prescription |
| Pharmacy drug card | - | - |
| Outpatient surgical facility | $1,000 ($850 for 70+) | To policy maximum |

| | | |
|---|---|---|
| | To policy maximum. No standby availability coverage | To policy maximum |
| | To policy maximum | To policy maximum |
| | To policy maximum | To policy maximum |
| | To policy maximum | To policy maximum |
| | To policy maximum | To policy maximum |
| | | |
| | To policy maximum | To policy maximum |
| | To policy maximum | To policy maximum |
| | To policy maximum. No standby availability coverage | To policy maximum |
| | To policy maximum | To policy maximum |
| | To policy maximum | To policy maximum |
| | To policy maximum. Not covered if visit is not of an emergency nature | To policy maximum |
| | To policy maximum | To policy maximum |
| | - | - |
| | To policy maximum | To policy maximum |

## MEDICAL - OTHER TREATMENT AND SERVICES

| | | | |
|---|---|---|---|
| Local ambulance | $450 | $5,000 | Included in Emergency Medical Evacuation Benefit |
| Initial orthopedic prosthesis/brace | $1,100 ($850 for 70+) | To policy maximum | To policy maximum |
| Chemotherapy and/or radiation therapy | $1,100 ($850 for 70+) | To policy maximum | To policy maximum |
| Mental & nervous disorder & substance abuse | Same as any Sickness | - | - |
| Maternity | - | Only the complications of pregnancy, during first 26 weeks of pregnancy | - |
| Physical therapy | $40/visit, 1/day, 12 visits max | $50/visit | To policy maximum | Covered |
| Pre-existing conditions | Not covered | Not covered | Not covered |
| Benefit period for continued treatment following termination date of policy | 26 weeks | 180 days | 6 months | 26 weeks |
| PPO within USA | None | Yes, Hygeia PPO | Yes, Hygeia PPO | Yes, Multiplan PPO |
| PPO outside USA | None | Yes | Yes | None |
| Hazardous sports | - | Optional | Optional | Optional |

## DENTAL

| | | | |
|---|---|---|---|
| Dental - Acute, unexpected pain | - | $100 per certificate period | $100 (1 month or more coverage) | - |
| Dental - Accident related emergency | $550 | To policy maximum | $500 (1 month or more coverage) | To policy maximum |

## TRAVEL

| | | | |
|---|---|---|---|
| Emergency medical evacuation/repatriation | $50,000 | To policy maximum | $300,000 | A: $50,000/B:$100,000 |
| Return of mortal remains | $7,500 | To policy maximum | $50,000 | A:$10,000/B:$20,000 |

Visitor Medical Insurance

| | | |
|---|---|---|
| Emergency reunion | - | $15,000 |
| Return of minor child (ren) | - | $5,000 |
| Trip cancellation | - | - |
| Trip interruption | - | $5,000 |
| Loss of checked luggage | - | $50 per item, $250 max |
| **LIFE** | | |
| Accidental Death & Dismemberment(AD&D) | - | Principal sum - $5,000 (14 days-17 years), $25,000 (18-69), $12,500 (70-74), $6,250 (75+) |
| Common carrier accidental death | $25,000 | $50,000 per adult, $25,000 children under age 18; $250,000 max/family |
| **OTHER** | | |
| Home country coverage | - | Optional End of Trip |
| Terrorism coverage | - | $50,000 |
| Identity theft assistance | - | - |
| Hospital indemnity | - | $100/night |
| Natural disaster benefit | - | $100/day, 5 days max |
| **PLAN FEATURES** | | |
| Details | Brochure<br>Provider Directory<br>Sample Application<br>Paper Application<br>5 days Renewable<br>Online Renewal<br>FAQ | Brochure<br>Provider Directory<br>Paper Application<br>Daily Renewable<br>Online Renewal<br>Claim Form<br>Print ID Card |

| | |
|---|---|
| $50,000 | $5,000 |
| $5,000 | $5,000 |
| - | - |
| $5,000 | - |
| $250 | - |
| | |
| $25,000 principal sum for insured/insured spouse $5,000 for dependent child | A:$50,000/B:$100,000 |
| $50,000/adult, $25,000 /child under age of 18; $250,000 max/ family | A:$50,000/B:$100,000 |
| | |
| Incidental trips to home country: $50,000; follow me coverage: $5,000 | - |
| To policy maximum (not covered in NC, NY, OR, KS) | - |
| $150/night outside US/Canada | - |
| - | - |
| - | - |
| | |
| Brochure<br>Provider Directory<br>Sample Application<br>Paper Application<br>5 days Renewable<br>Online Renewal<br>FAQ | Brochure<br>Provider Directory<br>Paper Application<br>FAQ<br>Claim Form<br>中文版 |

| Policy durations | Policy Wording | Claim Form |
|---|---|---|
| | Claim Form Program Summary | |
| | multiples of days (min 5 days) - max 1 year | |
| Application fee | $0 | $0 |
| Membership fee | $0 | $0 |
| Credit cards accepted | [VISA] [MC] [AMEX] | [VISA] [MC] [AMEX] |
| | $5 renewal fee | |
| Remarks | | Hazardous Sports: +20%<br>$5 renewal fee |

| | | |
|---|---|---|
| | multiples of days (min 5 days) - max 3 years (max 1 year for 65+) | multiples of 15 days - max 1 year |
| | $0 | $5 |
| | $0 | $0 |
| | [VISA] [MC] [AMEX] | [VISA] [MC] [AMEX] |
| | Hazardous Sports: +15%<br>$5 renewal fee | Hazardous Activity: +20%<br>Additional AD&D: +20%<br>Not renewable |
| | Family Friendly<br>Covers, at no extra cost,<br>Pregnancy Complications<br>$5 renewal fee | |

**URC** - Usual, reasonable and customary charges

**Period of Coverage for Visitors Care** - The period of coverage is the period of time for which premimum has been timely paid. At each renewal, a new period of coverage will begin.

**Home country for Seven Corners' Liaison International/Continent** - The country where an insured person(s) has his/her true, fixed and permanent home and principal establishment.

**Home country for IMG (Passport Protection products, Patriot products, Visitors Care, Global Medical Insurance)** - If you are a US citizen, your home country is the United States, regardless of your location of your principal residence. If you are not a US citizen, your country is the country where you principally reside and receive regular mail.

**Home country for Multinational Underwriters (Atlas Products, International Citizen)** - If you are a US citizen, your home country is the United States, regardless of your location of your principal residence. If you are not a US citizen, your home country is where you prinicipally reside and receive regular mail.

Coverages shown above are per person unless noted otherwise.

Home | About Us | Achievements | Companies | Disclaimer | Plans | Privacy Policy | Site Map
Insurance Agent Sign up | Travel Agent Sign up

Copyright © 2002-2007 BuyAmericanInsurance.com℠ All rights reserved.

http://www.buyamericaninsurance.com/compare/cshortterm.do

Page 6 of 6

7/3/2007