19H

# PLEADING EXHIBIT 19H

VisitorsCoverage

a Path2usa company | Home | Contact Us | Help
Toll Free
866-384-9104
All plans can be purchased online (secured) and provide you an instant ID. Ready to be used immediately. NO Paper Work
Knowledge Center
List All Plans
Compare Plans
Suggest A Plan

# Compare **Visitor Medical Plans**

The Comparison information shown here is generic and high level information, provided for your convenience and information purpose only. Please review the Evidence of Coverage and Plan Contract (Policy) for a detailed description of Coverage Benefits, Limitations and Exclusions. Must read the Policy Brochure and Plan Details for complete and accurate details. Only the Terms and Conditions of Coverage Benefits listed in the policy are binding.

| | inbound USA | liaison | Visit USA ™ -HealthCare | Atlas America MultiNational Underwriters |
|---|---|---|---|---|
| | Buy Now! | Buy Now! | Buy Now! | Buy Now! |
| Policy Name | Inbound USA | Liaison International | Visit USA | Atlas America |
| Plan Type | Limited Coverage Plan | Comprehensive Coverage Plan | Comprehensive Coverage Plan | Comprehensive Coverage Plan |
| AM Best Rating | A | A (Excellent) | Superior | A (Excellent) |
| Renewability | ☑ If Initially Purchased online for min 5 Days. There is a $5 admin fee each time you renew. | ☑ Min. of 5 Days renewal. | ☒ | ☑ Min. of 5 days renewal. |
| Cancellation | Cancellation only prior to the effective date of coverage, a cancellation fee may applicable. After that date, the premium is considered fully earned and non-refundable. Partial refunds are not available. | Cancelable<br><br>- Full premium refund may considered if cancelled before the effective date.<br><br>- If cancel after effective date : (Only if you have not used the insurance or and have no claim.) | Cancellation only Prior to the effective date of coverage with a $20 cancellation fee. After that date, the premium is considered fully earned and non-refundable. Partial refunds are not available. | Cancelable<br><br>- Full premium refund may considered if cancelled before the effective date.<br><br>- If cancel after effective date : (Only if you have not used the insurance or and have no claim.) |



| | | | | |
|---|---|---|---|---|
| | | i) Cancellation fee applicable. ii) Unused portion of the premium will be refunded. | | i) $25 cancellation fee applicable. ii) Unused portion of the premium will be refunded. |
| Available Coverage | Maximum medical coverage $50000 to $100000 for each Injury and each Sickness . For persons age 70 and above, the available maximum benefit limit is $50,000 or $70,000. | up To $1,00,0000 also Depends on the age. ages 80+, maximum coverage limited to $15,000. | US $50000 and $100000.<br><br>for age 80+ Coverage is limited to $10,000. | up To $1,00,0000 also Depends on the age.<br><br>For Age 70-79 max covergae is limited to $50,000.<br><br>Age 80+, maximum limited to $10,000. |
| Available Deductibles | $0, $50, $100. (For age 70 and above only dedcutible is $200.)<br><br>All deductibles are per sickness/ per incidence. | Various deductible option $0, $100, $250, $500, $1000, $2500.<br><br>Applicable deductible is Per Policy Period or Annual (if policy period is beyond 12 months.) | $250, $500 and $1000 . All deductibles are Per Policy Period. | $0, $100, $250, $500, $1,000 or $2,500 per Policy Period or Annual. |
| Deductible Type | Per Injury, Sickness or Per Incidence. | Annual dedcutible, Only one time in a year. | Annual dedcutible, Only one time in a year. | Annual dedcutible, Only one time in a year. |
| Co-Insurance | No Co-Insurance. | After the Insured pays the deductible, the program pays 80% of the next $5,000 of eligible expenses, then 100% to the selected Maximum.<br><br>Outside the United States and Canada: After the Insured pays the deductible, the program pays 100% to the selected Maximum. | After the Insured pays the deductible, the program pays 80% of the next $5,000 of eligible expenses, then 100% to the selected Maximum.<br>Outside the United States and Canada: After the Insured pays the deductible, the program pays 100% to the selected Maximum. | After the Insured pays the deductible, the program pays 80% of the next $5,000 of eligible expenses, then 100% to the selected Maximum.<br><br>Outside the United States and Canada: After the Insured pays the deductible, the program pays 100% to the selected Maximum. |
| Provider Directory | Click here | Click here | Click here | Click here |
| Coverage Details | Review Coverage HTML \| PDF | Review Coverage HTML \| PDF | Review Coverage HTML \| PDF | Review Coverage HTML \| PDF |
| Administrator | Seven Corners (Formerly SRI) | Seven Corners (Formerly SRI) | TIS (Travel Insurance Services). | Multinational Underwriter. |
| Carrier/Underwriter | Lloyds of London | Virginia Surety Comp. Inc. | AIG | Lloyds. |
| **Medical Coverage** | | | | |

| | | | | |
|---|---|---|---|---|
| Dr. / Physician Visit | • Up to $55/visit, 1/day, 30 visits - for 50,000 Policy.<br>• Up to $85/visit, 1/day, 30 visits - for 100,000 Policy. | ✓ Covered as per the policy. Insurance pays 80% for the first 5000$, after that pays 100% of URC. | ✓ Covered as per the policy. Insurance pays 80% for the first 5000$, after that pays 100% of URC. | ✓ Covered as per the policy. Insurance pays 80% for the first 5000$, after that pays 100% of URC. |
| Emergency Room (ER) | • 75% of URC to a maximum of$330 - 50K policy<br>• 75% of URC to a maximum of $550 - 100K policy<br>• 75% of URC to a maximum of $250 - 70 yrs and older | Covered as per the policy: Insurance covers 80% for the first $5000, 100% thereafter of URC. | Covered as per the policy: Insurance covers 80% for the first $5000, 100% thereafter of URC. | Covered as per the policy: Insurance covers 80% for the first $5000, 100% thereafter of URC. |
| Prescription Drugs / Medicines | • Up to $100 for 50,000 policy<br>• Up to $150 for 100,000 policy | Buy from Pharmacy and file claim. Read plan brochure and details. | Buy from Pharmacy and file claim. Read plan brochure and details. | Buy from Pharmacy and file claim. Read plan brochure and details. |
| Ambulance Expenses | up to $450 | up to $5000. | Included in Emergency Medical Evacuation Benefit | To policy maximum |
| Hospital Room and Board | • $1400/day (30 day Max) for $50,000 policy<br>• $1950/day (30 day Max) for $100,000 Policy<br>• $1050/day (30 day max) for age 70yrs and over | URC (Usual, reasonable and customary) to the selected Policy Maximum | To policy maximum, average semi-private room | To policy maximum, average semi-private room rate, including nursing services |
| Lab & X-rays | • Up to $450. Additional $250 for One Cat/PET/MRI Scan for $50,000 policy.<br>• Up to $500. Additional $500 for One Cat/PET/MRI Scan for $100,000 policy.<br>• Up to $400. Additional $250 for One Cat/PET/MRI Scan for age 70 and over. | ✓ Covered as per the policy. Insurance pays 80% for the first 5000$, after that pays 100% of URC. | As per the Policy | As per the policy |
| Pre-Existing Conditions | ✗ Not Covered | ✗ Not Covered | ✗ Not covered | ✗ Not covered |
| Maternity | ✗ Not covered | ✗ Not Covered | ✗ Not Covered | ✗ Not covered |
| **Dental Coverage** | | | | |
| Dental - Acute, unexpected pain | ✗ Not covered | $100 (1 month or more coverage) | ✗ Not Covered | $100 per certificate period |

| Dental - Accident related emergency | Up to $550 | $500 (1 month or more coverage) | To policy maximum | To policy maximum |
|---|---|---|---|---|
| **Travel Coverage** | | | | |
| Emergency Medical Evacuation / Repatriation | $50,000 | $300,000 | A: $50,000/B:$100,000 | Emergency air and/or ground transportation to the nearest hospital that is qualified to provide the Medically Necessary treatment. |
| Return of mortal Remains | $7500 | $50,000 | A:$10,000/B:$20,000 | Air and/or ground transportation of bodily remains or ashes to the area of your Principal Residence, and reasonable costs of preparation of your remains necessary for transportation. |
| Trip Interruption | Not Covered | $5000 | Not covered | The cost of a one-way economy air and/or ground transportation ticket for each covered child to the terminal serving the area of Principal Residence. |
| Loss of checked Baggage | Not Covered | $250 | Not covered | $50 per item, $250 max |
| **Life Coverage** | | | | |
| AD&D | $25000 Common Carrier Only | $25,000 principal sum for insured/insured spouse $5,000 for dependent child | A:$50,000/B:$100,000 | Principal sum - $5,000 (14 days-17 years), $25,000 (18-69), $12,500(70-74), $6250(75+) |
| **Other Coverage** | | | | |
| Terrorism Coverage | Not covered | URC (Usual, reasonable and customary) to the selected Policy Maximum(not covered in NY, OR, KS) | Not Covered | $50,000 |
| **Support** | | | | |
| 24-Hrs Emergency Assistance | Yes. Contact Number and details can be found on the ID card. | Yes. Contact Number and details can be found on the ID card. | Yes. Contact Number and details can be found on the ID card. | Yes. Contact Number and details can be found on the ID card. |
| | Buy Now! | Buy Now! | Buy Now! | Buy Now! |

Go Back

1. The Comparison information shown above is generic and high level information, provided for your convenience and information purpose only. Please review the Evidence of Coverage and Plan Contract (Policy) for a detailed description of Coverage Benefits, Limitations and Exclusions. Must read the Policy Brochure and Plan Details for complete and accurate details. Only the Terms and Conditions of Coverage Benefits listed in the policy are binding.
2. General Physical Checkup, Vision (Eye Test, Eye Glasses, Contact Lens), Pregnancy and Prenatal Care is not covered by any of the Plan.
3. Any pre-existing conditions are generally not covered, please read the Plan carefully.
4. Payments/Claims are subject to **URC (Usual, Customary and Reasonable Charges)**.

### Why buy from us?

- ✓ **Reliable Products** - If there is any Best Visitor Medical Insurance Plan exists, it is here! So you don?t have to spent time to search on different websites or resources.
- ✓ **Superior Service** - You can count on us for industry's Best Service.
- ✓ **Best Rate guaranteed** - Lowest and Affordable Prices, You can not find any lesser price for the same products.
- ✓ **Knowledge and Tools** - We provide authentic information, unbiased advice, knowledge and tools to research and find the right plan.

**The #1 Source to compare and buy best Visitor Medical Insurance.** **Read More >>**

© 2005 VisitorsCoverage.com About Company | Become Affiliate | Disclaimer | Privacy Information



19I

# PLEADING EXHIBIT 19I



International Student Health Insurance Page 1 of 3

BuyAmerican Insurance.com

Home Contact Us Guide Send to Friend

HACKER SAFE TESTED DAILY 03-JUL Source Id: bai (866) INSU-BUY 8 AM-9 PM CST. Mon-Sat

Following is the high level comparison of various student medical insurance plans. Please use this comparison as a guide only and do not make any decisions solely based on this comparison. If you have any ambiguity, doubt or questions, please refer to the individual policy details for complete details as it is not possible to accurately represent all the details in concise comparison such as follows. Please call us for further details. If there is any discrepancy between this comparison and the actual policy details, the policy details will override.

All the amounts are in US dollars.

Routine physicals and vision(eyeglasses etc.) are not covered in any of the plans.

| | Study USA A Travel Insurance Services Instant Quotes & Purchase | Study USA B Travel Insurance Services Instant Quotes & Purchase | Global Student USA Worldwide Instant Quotes & Purchase | Global Student USA Preferred Worldwide Instant Quotes & Purchase |
|---|---|---|---|---|
| **Administrator** | Travel Insurance Services(TIS) | Travel Insurance Services(TIS) | HTH Worldwide | HTH Worldwide |
| **Insurance Company / Carrier / Underwriter** | AIG | AIG | Unicare | Unicare |
| **A.M. Best Rating** | A++ "Superior" | A++ "Superior" | A- "Excellent" | A- "Excellent" |
| **Deductible** | In network or outside the US, $50/incident, out of network $150/incident. Waived if medical service first received from student health center or if no student health center and treatment received in PPO. Max $250/year | In network or outside the US, $50/incident, out of network $150/incident. Waived if medical service first received from student health center or if no student health center and treatment received in PPO. Max $250/year | $100/incident. Reduced to $50 when first seen at student health center | $100/incident. Reduced to $50 when first seen at student health center |
| **Co-insurance** | In network or outside the US, 80/20 to $25,000 then 100% to policy maximum. Out of network, 80/20 to policy maximum | In network or outside the US, 80/20 to $25,000 then 100% to policy maximum. Out of network, 80/20 to policy maximum | 80/20 to $10,000 then 100% to policy maximum | 100% to $5,000 then 80/20 to policy maximum |
| **Policy** | $200,000/incident | $250,000/incident | $250,000/incident. Max $250,000/year. | $250,000/incident. Max $250,000/year. |

http://www.buyamericaninsurance.com/compare/cstudent.do 7/3/2007

| | | | | |
|---|---|---|---|---|
| **maximum** | | | Lifetime max. $1,000,000 | Lifetime max. $1,000,000 |
| **MEDICAL** | | | | |
| **Physician visit** | After deductible, $10 copay | After deductible, $10 copay | To policy maximum, subject to deductible and co-insurance | To policy maximum, subject to deductible and co-insurance |
| **Emergency room visit** | After deductible, $50 copay | After deductible, $50 copay | To policy maximum, subject to deductible and co-insurance | To policy maximum, subject to deductible and co-insurance |
| **Prescription drugs** | To policy maximum | To policy maximum | 50% of actual charge | 50% of actual charge |
| **Durable medical equipment** | To policy maximum | To policy maximum | Rental or Purchase charges | Rental or Purchase charges |
| **Hospital room and board** | Semi-private room to policy maximum | Semi-private room to policy maximum | Semi-private room, max $500/day | Semi-private room |
| **Intensive care unit** | To policy maximum | To policy maximum | $1000/day | $1000/day |
| **Mental disorders** | $5,000 ($10,000 for foreign students to the US) | $5,000 ($10,000 for foreign students to the US) | lifetime $500 outpatient, lifetime $5,000 inpatient | lifetime $500 outpatient, lifetime $5,000 inpatient |
| **Therapeutic Abortion** | $500 | $500 | $500/year | $500/year |
| **Vehicle accident** | To policy maximum | To policy maximum | $10,000/year | $10,000/year |
| **Sports injuries** | To policy maximum. Excluded for interscholastic, intercollegiate or professional sporting events | To policy maximum. Excluded for interscholastic, intercollegiate or professional sporting events | $5,000/year | $5,000/year |
| **Ground ambulance** | To policy maximum | To policy maximum | $350/injury or sickness | $350/injury or sickness |
| **Maternity** | To policy maximum | To policy maximum | To policy maximum | To policy maximum |
| **Routine nursery care** | Hospital nursery care, URC to policy maximum | Hospital nursery care, URC to policy maximum | - | - |
| **Pre-existing conditions** | 6 months pre-ex and 6 months waiting period. Max $10,000 | 6 months pre-ex and 6 months waiting period. Max $10,000 | 1 year waiting period | 1 year waiting period |
| **Benefit period** | 52 weeks | 52 weeks | After the Covered Person's effective date, until coverage terminates under the policy whichever is less. | After the Covered Person's effective date, until coverage terminates under the policy whichever is less. |
| **Therapies** | Covered if recommended by a physician and | Covered if recommended by a physician and | Max $10,000/injury or sickness on an inpatient basis | Max $10,000/injury or sickness on an inpatient basis |

| | | | | |
|---|---|---|---|---|
| **(acupuncture, physiotherapy)** | administered by a licensed physiotherapist. URC. | administered by a licensed physiotherapist. URC. | | |
| **DENTAL** | | | | |
| **Tooth injury** | $250/tooth. Max $1,000/injury | $250/tooth. Max $1,000/injury | $250/tooth | $250/tooth |
| **TRAVEL** | | | | |
| **Medical evacuation** | $30,000, Additional $100,000 at $4/month, $250,000 for $5/month | $30,000, Additional $100,000 at $4/month, $250,000 for $5/month | $100,000 | $100,000 |
| **Repatriation of remains** | $10,000 | $10,000 | $25,000 | $25,000 |
| **Bed side visit** | - | - | Up to $750 for Airfare and Hotel Accommodations for one person | Up to $1,500 for Airfare and Hotel Accommodations for one person |
| **LIFE** | | | | |
| **Accidental death** | $10,000 | $10,000 | - | $10,000 |
| **PLAN FEATURES** | | | | |
| **Details** | Brochure<br>Provider Directory<br>Renewable<br>Online Renewal<br>FAQ<br>Paper Application<br>Claim Form<br>中文版 | Brochure<br>Provider Directory<br>Renewable<br>Online Renewal<br>FAQ<br>Paper Application<br>Claim Form<br>中文版 | Brochure<br>Provider Directory<br>Paper Application<br>Certificate | Brochure<br>Provider Directory<br>Paper Application<br>Certificate |
| **Coverage length** | 1 to 12 months - Renewable | 1 to 12 months - Renewable | 1 to 12 months - Renewable | 1 to 12 months - Renewable |
| **Credit cards accepted** | | | | |
| **Remarks** | Additional Emergency Med Evac. $100,000: $4/person/month $250,000: $5/person/month | Additional Emergency Med Evac. $100,000: $4/person/month $250,000: $5/person/month | | |

**URC** - Usual, reasonable and customary charges

Coverages shown above are per person unless noted otherwise.

Copyright © 2002-2007 BuyAmericanInsurance.com^SM All rights reserved.

19

# PLEADING
# EXHIBIT
# 19J

VisitorsCoverage

a Path2usa company | Home | Contact Us | Help

Toll Free 866-384-9104

All plans can be purchased online (secured) and provide you an instant ID. Ready to be used immediately. NO Paper Work.

Visitor Plans | Student Plans | Compare Plans | Knowledge Center

# Compare **Student Medical Plans**

The Comparison information shown here is generic and high level information, provided for your convenience and information purpose only. Please review the Evidence of Coverage and Plan Contract (Policy) for a detailed description of Coverage Benefits, Limitations and Exclusions. Must read the Policy Brochure and Plan Details for complete and accurate details. Only the Terms and Conditions of Coverage Benefits listed in the policy are binding.

| | Study USA™ -Health Care | Study USA™ -Health Care | GLOBAL Standard STUDENT HEALTH Worldwide | GLOBAL Preferred STUDENT HEALTH Worldwide |
|---|---|---|---|---|
| | Buy Now! | Buy Now! | Buy Now! | Buy Now! |
| Policy Name | Study USA Healthcare Plan A | Study USA Healthcare Plan B | Global Student USA Standard | Global Student USA Preferred |
| Plan Type | Comprehensive Coverage Plan | Comprehensive Coverage Plan | Comprehensive | Comprehensive |
| AM Best Rating | A++ (Superior) | A++ (Superior) | A (Excellent) | A (Excellent) |
| Renewability | ✔ Coverage is renewable as long as the student has continuous coverage and meets the eligibility requirements. | ✔ Coverage is renewable as long as the student has continuous coverage and meets the eligibility requirements. | ✔ Yes | ✔ Yes |
| Cancellation | Premiums received by the Program Marketer/Insurance Company will be considered fully earned and non-refundable. Coverage under this Program terminates if a Covered Person enters military service and a pro-rata refund will be made from the date written request is received. Otherwise, no refunds will be made. | Premiums received by the Program Marketer/Insurance Company will be considered fully earned and non-refundable. Coverage under this Program terminates if a Covered Person enters military service and a pro-rata refund will be made from the date written request is received. Otherwise, no refunds will be made. | ✔ Yes If cancellation is after 10 days, premium will be refunded in whole months only. | ✔ Yes If cancellation is after 10 days, premium will be refunded in whole months only. |
| Available Coverage | $200,000 | $250,000 | $250,000 | $250,000 |
| Available | $50/incident, $150/incident. Shall not | $50/incident, $150/incident. Shall not | $100 | $100 |

| Deductibles | exceed $250/yr | exceed $250/yr | ($50 if first seen at student health center) | ($50 if first seen at student health center) |
|---|---|---|---|---|
| Co-Insurance | Insurance company will pay 80% of $25,000 of Eligible Expenses after deductible, then 100% to coverage maximum. | Insurance company will pay 80% of $25,000 of Eligible Expenses after deductible, then 100% to coverage maximum. | First: 20% for first $10,000 Thereafter: 0% up to $245,000 | First: 0% for first $5,000 Thereafter: 20% up to $245,000 |
| Coverage Details | Review Coverage HTML \| PDF | Review Coverage HTML \| PDF | Review Coverage PDF | Review Coverage PDF |
| Administrator | TIS | TIS | HTH | HTH |
| Carrier/Underwriter | AIG | AIG | Unicare | Unicare |
| **Medical Coverage** | | | | |
| Dr. / Physician Visit | ✔ Covered as per the policy | ✔ Covered as per the policy | First: 80% for first $10,000 Thereafter: 100% up to $240,000 | First: 100% for first $5,000 Thereafter: 80% up to $245,000 |
| Prescription Drugs / Medicines | ✔ Covered as per the policy | ✔ Covered as per the policy | ✔ 50% Coinsurance | ✔ 50% Coinsurance |
| Ambulance Expenses | ✔ Covered as per the policy | ✔ Covered as per the policy | Up to $350 per injury/illness | Up to $350 per injury/illness |
| Hospital Room and Board | ✔ Covered as per the policy | ✔ Covered as per the policy | URC: Lesser of Semi-private accommodation or $500 per day | URC: Semi-private accommodation |
| Lab & X-rays | ✔ Covered as per the policy | ✔ Covered as per the policy | ✔ First: 80% covered for first $10,000 Then: 100% up to $240,000 | First: 100% for first $5,000 Thereafter: 80% up to $245,000 |
| Pre-Existing Conditions | ✗ Not Covered | ✗ Not Covered | ✗ Not Covered for first 12 months | ✗ Not Covered for first 12 months |
| Maternity | Therapeutic Termination of Pregnancy up to $500 | Therapeutic Termination of Pregnancy up to $500 | Covered as any other medical condition *conception must be after effective date | Covered as any other medical condition *conception must be after effective date |
| **Dental Coverage** | | | | |
| Dental - Acute, unexpected pain | ✗ Not Covered | ✗ Not Covered | ✔ Covered | ✔ Covered |
| Dental - Accident | up to $250 per tooth to a maximum of | up to $250 per tooth to a maximum of | $250/tooth per injury | $250/tooth per injury |

| related emergency | $1,000 per Injury. | $1,000 per Injury. | | |
|---|---|---|---|---|
| **Travel Coverage** | | | | |
| Emergency Medical Evacuation / Repatriation | Limit: $30,000 | Limit: $30,000 | $10,000 | $10,000 |
| Return of mortal Remains | Limit: $10,000 | Limit: $10,000 | $25,000 | $25,000 |
| Trip Interruption | Not Covered | Not Covered | Not Covered | Not Covered |
| Loss of checked Baggage | Not Covered | Not Covered | Not Covered | Not Covered |
| **Life Coverage** | | | | |
| AD&D | Limit $10,000<br>• Life $10,000<br>• Both Hands, Both Feet or Sight of Both Eyes $10,000<br>• Either One Hand or One Foot and Sight of One Eye $10,000<br>• One Hand and One Foot $10,000<br>• Either Hand or Foot $5,000<br>• Sight of One Eye $5,000 | Limit $10,000<br>• Life $10,000<br>• Both Hands, Both Feet or Sight of Both Eyes $10,000<br>• Either One Hand or One Foot and Sight of One Eye $10,000<br>• One Hand and One Foot $10,000<br>• Either Hand or Foot $5,000<br>• Sight of One Eye $5,000 | Up to $10,000 | Up to $10,000 |
| **Other Coverage** | | | | |
| Terrorism Coverage | Not Covered | Not Covered | Not Covered | Not Covered |
| **Support** | | | | |
| 24-Hrs Emergency Assistance | Yes | Yes | Yes | Yes |
| | Buy Now! | Buy Now! | Buy Now! | Buy Now! |

Go Back

1. The Comparison information shown above is generic and high level information, provided for your convenience and information purpose only. Please review the Evidence of Coverage and Plan Contract (Policy) for a detailed description of Coverage Benefits, Limitations and Exclusions. Must read the

Policy Brochure and Plan Details for complete and accurate details. Only the Terms and Conditions of Coverage Benefits listed in the policy are binding.
2. General Physical Checkup, Vision (Eye Test, Eye Glasses, Contact Lens), Pregnancy and Prenatal Care is not covered by any of the Plan.
3. Any pre-existing conditions are generally not covered, please read the Plan carefully.
4. Payments/Claims are subject to UCR **(Usual, Customary and Reasonable Charges)**.

## Why buy from us?

- **Reliable Products** - If there is any Best Visitor Medical Insurance Plan exists, it is here! So you don?t have to spent time to search on different websites or resources.
- **Superior Service** - You can count on us for industry's Best Service.
- **Best Rate guaranteed** - Lowest and Affordable Prices, You can not find any lesser price for the same products.
- **Knowledge and Tools** - We provide authentic information, unbiased advice, knowledge and tools to research and find the right plan.

**The #1 Source to compare and buy best Visitor Medical Insurance.** **Read More >>**



© 2006 VisitorsCoverage.com

About Company | Become Affiliate | Disclaimer | Privacy Information

