

# PLEADING
# EXHIBIT
# 19K



**BuyAmerican Insurance.com** ®

**International Medical**
- Visitors To USA
- Visitors(Outside USA)
- New Immigrants
- Students
- 11/12 Exchange Visitor
- AU Pair

**Individual Medical**
- Schengen Visa
- Expatriates
- Missionary
- Marine Crew
- Other
- Short Term
- Long Term
- Students

**Travel**
- Trip Insurance
- Student Trip
- Flight Accident
- Medical Evacuation
- Annual Multitrip
- Accident(AD&D)

**Miscellaneous**
- Dental
- Group Medical
- Life(US Residents)
- Life(NonUS Residents)
- Disability

**Share & Learn**
- Experiences
- Discussion Forums

Verisign Secured   VERIFY»

Home   Contact Us   Guide   Send to Friend

HACKER SAFE   TESTED DAILY 03-JUL

Source Id: bai

(866) INSU-BUY
8 AM-9 PM CST, Mon-Sat

# Visitor Medical Insurance   For individuals visiting USA.

Overview   Insurance Types   FAQ   Glossary   Experiences

Compare

## Fixed Coverage Plans ?

| Plan | Details | Notes |
| --- | --- | --- |
| **Visitors Care** Instant Quotes & Purchase | Brochure<br>Provider Directory<br>Paper Application<br>5 Days Renewable<br>Online Renewal<br>Claim Form<br>Print ID Card | **Administrator:** International Medical Group(IMG)<br>**Carrier:** Sirius International<br>**AM Best Rating:** A "Excellent"<br>Instant ID card. Visit any doctor.<br>5 days-2 years coverage for international visitors including USA.<br>*This product is not currently available in the state of Florida.* |
| **INBOUND USA** Instant Quotes & Purchase | Brochure<br>Provider Directory<br>Sample Application<br>Paper Application<br>Online Renewal<br>FAQ<br>Claim Form<br>Program Summary | **Administrator:** Seven Corners<br>**Carrier:** Lloyds<br>**AM Best Rating:** A "Excellent"<br>Instant ID card. Visit any doctor.<br>5 days-1 year coverage for persons visiting USA. |

## Comprehensive Coverage Plans ?

| Plan | Details | Notes |
| --- | --- | --- |
| **PATRIOT AMERICA** ® Instant Quotes & Purchase | Brochure<br>Provider Directory<br>Paper Application<br>5 days Renewable<br>Online Renewal<br>Claim Form<br>Print ID Card<br>Print Visa Letter<br>Rx Discount Card | **Administrator:** International Medical Group(IMG)<br>**Carrier:** Sirius International<br>**AM Best Rating:** A "Excellent"<br>Instant ID card. Visit any doctor.<br>5 days-2 years coverage for non-US citizens.<br>*This product is not currently available in the state of Florida.* |




More Awards

| Product | Links | Details |
|---|---|---|
| **ATLAS AMERICA** | Instant Quotes & Purchase; Brochure; Provider Directory; Daily Renewable; Paper Application; Online Renewal; Claim Form; Print ID Card; Policy Wording | **Administrator:** MultiNational Underwriters: Lloyd's Coverholder. **AM Best Rating:** A "Excellent". Immediate coverage, Instant ID card. 5 days - 1 year coverage for international travel including USA. *This product is not currently available in the state of New York.* |
|  | Instant Quotes & Purchase; Brochure; Provider Directory; Paper Application; 5 days Renewable; Online Renewal; Claim Form; Print ID Card; Print Visa Letter; Rx Discount Card | **Administrator:** International Medical Group(IMG). **Carrier:** Sirius International. **AM Best Rating:** A "Excellent". Instant ID card. 5 days-3 years coverage for non-US citizens. Largest PPO Network. Renewable. Refundable. *This product is not currently available in the state of Florida.* |
| **LIAISON INTERNATIONAL** | Instant Quotes & Purchase; Brochure; Provider Directory; Sample Application; Paper Application; 5 days Renewable; Online Renewal; FAQ; Claim Form | **Administrator:** Seven Corners. **Carrier:** Virginia Surety Company (For addresses in NC, NY, OR, KS: Carrier: Lloyds). **AM Best Rating:** A- "Excellent". Instant ID card. 5 days-3 years(1 year for 65+) coverage for anyone visiting outside home country. |
| **LIAISON WORLDWIDE** | Instant Quotes & Purchase; Brochure; Provider Directory; Paper Application; 5 days Renewable; Online Renewal; FAQ; Claim Form | **Administrator:** Seven Corners. **Carrier:** Nationwide. **AM Best Rating:** A+ "Superior". Instant ID card. 5 days-3 years(1 year for 65+) coverage for anyone visiting outside home country. *Not available to US residents in CT, DC, FL, KS, LA, MD, ME, NC, NH, NY, OR, VT, WA* |
| **Visit USA** | Instant Quotes & Purchase; Brochure; Provider Directory; Paper Application; Online Renewal; FAQ; Claim Form; 中文版 | **Administrator:** Travel Insurance Services. **Carrier:** AIG. **AM Best Rating:** A++ "Superior". 15 days-1 year coverage for persons visiting USA. |
|  | Brochure | **Administrator:** Travel Insurance Services |

| Plan | Details | Notes |
| --- | --- | --- |
| **World Med** | Provider Directory<br>Renewable<br>FAQ<br>Claim Form<br>中文版<br>Instant Quotes & Purchase | **Carrier:** AIG<br>**AM Best Rating:** A++ "Superior"<br>15 days-3 years coverage for persons visiting outside home country. |
| **DIPLOMAT AMERICA** | Brochure<br>Provider Directory<br>Paper Application<br>Claim Form<br>Certificate Wording<br>Instant Quotes & Purchase | **Administrator:** Global Underwriters<br>**Carrier:** AIG<br>**AM Best Rating:** A++ "Superior"<br>Visit any doctor.<br>15 days-1 year coverage for persons visiting USA. |
| **DIPLOMAT LONG TERM** | Brochure<br>Provider Directory<br>Paper Application<br>Renewable<br>Claim Form<br>Certificate Wording<br>Instant Quotes & Purchase | **Administrator:** Global Underwriters<br>**Carrier:** AIG<br>**AM Best Rating:** A++ "Superior"<br>Visit any doctor.<br>3 months - 3 years coverage for persons travelling outside home country. |

## Specialty Plans ❓

| Plan | Details | Notes |
| --- | --- | --- |
| **PATRIOT GOTRAVEL AMERICA** | Brochure<br>Provider Directory<br>Paper Application<br>5 days Renewable<br>Online Renewal<br>Claim Form<br>Print ID Card<br>Rx Discount Card<br>Instant Quotes & Purchase | **Administrator:** International Medical Group(IMG)<br>**Carrier:** Sirius International<br>**AM Best Rating:** A "Excellent"<br>Instant ID card. Visit any doctor.<br>5 days-2 years coverage for non-US citizens.<br>*This product is not currently available in the state of Florida.* |
| **INTERNATIONAL MAJOR MEDICAL**  | Brochure<br>Provider Directory<br>5 days Renewable<br>Online Renewal<br>FAQ<br>Claim Form<br>Instant Quotes & Purchase | **Administrator:** Seven Corners<br>**Carrier:** Lloyds<br>**AM Best Rating:** A- "Excellent"<br>Instant ID card.<br>5 days-1 year coverage for anyone visiting outside home country. |
| | Brochure<br>Paper Application | **Administrator:** Petersen International Underwriters (PIU)<br>**Carrier:** Lloyds<br>**AM Best Rating:** A "Excellent"<br>Visit any doctor.<br>An international major medical insurance for people visiting or returning to the |

Visitor Medical Insurance

Home | About Us | Achievements | Companies | Disclaimer | Plans | Privacy Policy | Site Map
Insurance Agent Sign up | Travel Agent Sign up

USA

Copyright © 2002-2007 BuyAmericanInsurance.com[SM] All rights reserved.

19L

# PLEADING
# EXHIBIT
# 19L

# VisitorsCoverage



a PathLoss company | Home | Contact Us | Help

**Toll Free**
866-384-9104

All plans can be purchased online (secured) and provide you an instant ID. Ready to be used immediately. NO Paper Work

| Knowledge Center | List All Plans | Compare Plans | Suggest A Plan |

## ▼ Plans for USA Visitors

( Compare Plans ► )

 



Top rated Visitor Insurance plans from reputed US based companies providing Health, Accidents & Travel coverage. Most suitable for USA visiting Parents, Relatives & Business Travelers (B1/B2 Visa).

### ▼ Insurance Plans

◆ US Citizens Traveling International
◆ Europe Visa Travel Insurance
◆ New Immigrant Plans
◆ Student Medical Plans
◆ Visitor Medical Plans

### ▼ Learn More

### ◈ Why Us

Authorised licensed insurance broker to sell Visitor insurance in USA.....

### ◈ Help

Commonly Asked Questions
Call Toll Free **1-866-384-9104**

- The ABC of Visitors Medical Insurance
- Useful Tips:
  Smart Buyers Tips
- Type of Plans
  What Types?
- Glossary of terms
  Insurance Terminology
- Buyers Dilemma
  Which Plan to buy?

---

### Limited Coverage Plans ◈   » Is this Type of Plan good for me?

#### Inbound USA



by SevenCorners

**Get Quote**

( Buy Now! ► )

**Plan Highlights**
• Rated "A" Plan
• Underwriter: Lloyds
• No Copay, No Coinsurance
• Renewable Online
• Cancelable & Refundable
• Coverage: 5 days - 1 Year
• Good for limited budgets

**Plan Quick Links**
‣ Plan Details
‣ Brochure: html/pdf
‣ Plan FAQ's
‣ How the plan works?
‣ Claim Form
‣ Renew Online
‣ Find a Doc/Hospital

---

#### Travelers Liberty

Travelers LIBERTY

by SevenCorners

**Get Quote**

( Buy Now! ► )

**Plan Highlights**
• Rated "A" Plan
• Underwriter: Lloyds
• No Copay, No Coinsurance
• Renewable Online
• Cancelable & Refundable
• Coverage: 15 days - 1 Year
• Good for limited budgets

**Plan Quick Links**
‣ Plan Details
‣ Brochure: html/pdf
‣ Plan FAQ's
‣ How the plan works?
‣ Claim Form
‣ Renew Online
‣ Find a Doc/Hospital



POPULAR

http://www.visitorscoverage.com/plans/

Why from USA?
TOP 10 reasons to Buy from USA

[ More ▶ ]

## Comprehensive Coverage Plans

» Is this Type of Plan good for me?

### Liaison Continent

by SevenCorners



[ Buy Now! ▶ ]

Get Quote

Plan Highlights
• Rated "A" Plan
• Plan A: 80-90-100% or
  Plan B: 75% Coverage
• Renewable Online
• Cancelable & Refundable
• Coverage: 5 days - 1 Year
• Travel & Inflight Coverage

Plan Quick Links
> Plan Details
> Details Plan A / Plan B
> Brochure: html/pdf
> Plan FAQ's
> Plan works: Plan A / B
> Claim Form
> Renew Online
> Find Doc: Plan A / B

### Liaison International

by SevenCorners



[ Buy Now! ▶ ]

Get Quote

Plan Highlights
• Rated "A" Plan
• 80-100% Coverage
• Renewable Online
• Cancelable & Refundable
• Coverage: 5 days - 1 Year
• Travel & Inflight Coverage
  for
  arrival and departure

POPULAR

Plan Quick Links
> Plan Details
> Brochure: html/pdf
> Plan FAQ's
> How the plan works?
> Claim Form
> Renew Online
> Find a Doc/Hospital

### Atlas America

by MultiNational Underwriters



Atlas America
MultiNational
Underwriters

[ Buy Now! ▶ ]

Get Quote

Plan Highlights
• Rated "A" Plan
• 80-100% Coverage
• More Max Coverage Options
• Renewable Online
• Cancelable & Refundable
• Coverage: 5 days - 1 Year
• Travel & Inflight Coverage

Plan Quick Links
> Plan Details
> Brochure: html/pdf
> Plan FAQ's
> How the plan works?
> Claim Form
> Renew Online
> Find a Doc/Hospital

### Visit USA

by Travel Insurance Services

Plan Highlights

Plan Quick Links



**Get Quote**

**Buy Now! ►**

• Rated "A++" Plan
• 80-100% Coverage
• Max Limit is per incident
• Coverage: 15 days - 1 Year
• Not Renewable
• No Travel Benefits

› Plan Details
› Brochure: html/pdf
› Plan FAQ's
› How the plan works?
› Claim Form
› Find a Doc/Hospital

## WorldMed Insurance

by Travel Insurance Services



**Get Quote**

**Buy Now! ►**

**Plan Highlights**
• Rated "A+" Plan
• 80-100% Coverage
• $100K, $500K, $1M Limits
• Renewable by mail, fax
• Coverage: 15 days - 1 Year
• Best Coverage for ages 70+

**Plan Quick Links**
› Plan Details
› Brochure: html/pdf
› Plan FAQ's
› How the plan works?
› Claim Form
› Find a Doc/Hospital

## Diplomat America

by Global Underwriters



**Get Quote**

**Buy Now! ►**

**Plan Highlights**
• Rated "A+" Plan
• 80-100% Coverage
• Coverage: 15 days - 1 Year
• Not Renewable
• No Travel Benefits
• Best Coverage for ages 80+

**Plan Quick Links**
› Plan Details
› Brochure: html/pdf
› Plan FAQ's
› How the plan works?
› Claim Form
› Find a Doc/Hospital

## Hospital Only Plans

## Inbound Hospital

by SevenCorners



**Get Quote**

**Buy Now! ►**

**Plan Highlights**
• Rated "A" Plan
• Underwriter: Lloyds
• Hospital Coverage Only
• Plus stroke & heart attack covered up to $5,000
• Renewal and Refundable

**Plan Quick Links**
› Plan Details
› Brochure: html/pdf
› Plan FAQ's
› How the plan works?
› Claim Form
› Renew Online
› Find a Doc/Hospital

Compare Plans ►

• Best as additional coverage










VeriSign Secured

HACKER SAFE
TESTED DAILY 03-JUL

BBBOnLine
RELIABILITY
PROGRAM

© 2006 VisitorsCoverage.com

About Company | Become an Affiliate | Disclaimer | Privacy Information



# PLEADING
# EXHIBIT
# 19M



**PPO Network Search**
Hygeia PPO Network

**Outside USA:**
Seven Corners has access to over 12,000 doctors and hospitals worldwide. With one phone call, Seven Corners can assist you in locating a provider. Seven Corners' Assist is trained to help you locate appropriate care.

The doctor's office or local hospital has choice to be paid by the patient or by the insurance company. However, for larger eligible expenses like hospitalization/surgery etc, the insurance company can make arrangements for direct payment to the provider.

**Inside USA:**
Liaison International from Seven Corners participates in **Hygeia PPO Network**. When you go to the doctors in the network, please mention that you have Hygeia PPO Network plan, as the doctor sometimes may not be aware of Seven Corners or Liaison International. When you go to the doctors and hospitals in the network, they can take the insurance card and contact Seven Corners to verify the benefits. Seven Corners can pay directly to the provider if it is determined that it is an eligible expense(covered expense in the policy). They will also charge only the Network Negotiated Fee(NNF) which is a discounted fee in many cases.

When you go to the providers outside the network, you can present the insurance card. The insurance card has all the information doctor's office will need to bill the insurance company directly such as the certificate number, claims filing address in US, toll-free number to call and verify the coverage. It still depends upon the doctor whether to bill the insurance company directly or not. Even if the doctor accepts the card, there is no network negotiated fee. If you have to first pay, you can get reimbursement by filing a Claim Form. You can either use the claim form you receive in the mail along with the insurance card or you can download the Claim Form from this web site. Seven Corners will reimburse you usually within 4 weeks of they receiving the claim. However, when there is hospitalization/surgery involved and the costs are quite high to pay first, Seven Corners can make necessary arrangements to pay the provider directly. There is reduction of benefits of 20% when not using the network, unless there are no providers within 20 miles radius. However, when you go in the network, there will not be any reduction in benefits.

There is no network of providers for prescription drugs(medicines).

Even if the provider agrees to bill the insurance company directly, you should still file a Claim Form to expedite the claim process. When the provider sends the bills to insurance company, insurance company would need to request medical records from the provider which provider can't give until they have authorization from you to release the records. Filing a claim form provides such authorization.

All your claims will be handled by Seven Corners in USA. You never have to contact the carrier, Virginia Surety Insurance Company (or Lloyds), for any purpose whatsoever.

## Search Providers

# PLEADING
# EXHIBIT
# 19N



**Inside USA:**

The PPO provider for Liaison International is **Hygeia PPO Network and FirstHealth Network**. Hygeia PPO and FirstHealth Networks are independent organizations and are recognized PPO Networks by all major hospitals, doctors, and health facilities.

If you have a Liaison International insurance plan, prefer going to the provider listed in this provider directory to take the advantage of plan benefits.

**Note:** Remember to mention "**Hygeia PPO Network or FirstHealth** " as your PPO provider when you visit the hospital, since this is the name that is recognized by the provider.

Search Providers In First Health Network

Search Providers In Hygeia PPO Network

*To search for a general practice physician, use the term "Primary Care" when using the search tool.

**By Phone:**

If you need help with finding a provider , you may also contact Plan Administration - Seven Corners (SRI) Assist at 800-335-0477 or 317-575-2656 during normal business hours (8AM - 5PM EST).

If its not an emergency or an urgent care need, prefer setting up an appointment with a doctor or hospital within the PPO Network. Then contact SRI Assist with the appointment information. Seven Corners (SRI) Assist will then send a notice to the facility outlining your coverage information and program details. While using the Seven Corners (Formerly SRI) Network does not guarantee benefits, it allows Seven Corners (Formerly SRI) to streamline the administrative process for both you as well as your physician.

**Outside USA:**

There is no PPO network outside the United States. You may visit any doctor or hospital. Pay accordingly and file claim with the insurance company for reimbursement.

# PLEADING EXHIBIT 19O

