U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 29 2008

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| INSUBUY, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4-07CV-403-A |
| MAXN SYSTEMS, INC. | § | |
| | § | |
| Defendant. | § | |

**Final Judgment of**
<u>DISMISSAL WITH PREJUDICE</u>

The Parties having filed their Agreed Motion for Dismissal with Prejudice informing the Court that this matter has been resolved as between the Parties.

It is hereby ORDERED, ADJUDGED AND DECREED:

That all claims and counterclaims that have been asserted and those that could have been asserted herein are hereby dismissed with prejudice.

That each party is to bear its own costs and attorneys' fees.

Signed
SO ORDERED on this 29 day of February, 2008.

_____
The Honorable Judge John H. McBryde
United States District Court Judge