IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| INSUBUY, INC. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4-07CV-403-A |
| MAXN SYSTEMS, INC. | § | |
| Defendant. | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

The Parties, by and through the undersigned counsel, hereby inform the Court that the above-styled matter has been settled as between the Parties by a Confidential Settlement Agreement.

The Parties jointly request the entry of the Dismissal with Prejudice, of the form attached hereto.

Respectfully Submitted,

_____
RICHARD L. SCHWARTZ
WHITAKER CHALK SWINDLE & SAWYER L.L.P.
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4186
Phone: (817) 878-0500
Fax: (817) 878-0501

ATTORNEYS FOR INSUBUY, INC.

_____
GARY CRUCIANI
MICHAEL FRITZ
DIAMOND MCCARTHY, L.L.P.
1201 Elm Street, Suite 3400
Dallas, Texas 75270.
Phone: (214) 389-5300
Fax: (214) 389-5339

ATTORNEYS FOR MAXN SYSTEMS, INC.